AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Joshua Wilson

was received by me on *(date)* January 15, 2020.

☒ I personally served the summons on the individual at *(place)* 6001 Georgia Ave NW, Washington DC 20011 on *(date)* Feb 10, 2020 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: Feb 11, 2020

*Server's signature*

Elaine Stamp, Paralegal and Intakes Manager
*Printed name and title*

American Civil Liberties Union Foundation of the District of Columbia, 915 15th Street NW, 2nd Floor Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc: