UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MBALAMINWE MWIMANZI,** | |
| Plaintiff, | |
| v. | Case No. 20-cv-79 (CRC) |
| **JOSHUA WILSON,** *et al.*, | |
| Defendants. | |

## SCHEDULING ORDER

Upon consideration of the Parties' [10] Joint Rule 16.3 Meet and Confer Statement, it is hereby **ORDERED** that:

1. Briefing and discovery in this case shall proceed according to the following schedule:

    | | |
    |---|---|
    | Rule 26(a)(1)(A) Initial Disclosures | April 24, 2020 |
    | Motions for Leave to Amend or Join Parties | June 8, 2020 |
    | Plaintiff's Rule 26(a)(2) Expert Disclosures | July 8, 2020 |
    | Responses to Rule 26(a)(2) Expert Disclosures | August 7, 2020 |
    | Fact Discovery Deadline | September 8, 2020 |
    | Post-Discovery Status Conference | September 15, 2020, 10:00 AM |

2. The parties are to provide initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A) unless they consent in writing to defer production of certain subcategories of documents identified in the rule.

3. Fact discovery shall be completed by September 8, 2020. "Completed" means that (a) interrogatories, requests for production of documents, and requests for admission must be served such that responses will be due on or before the cutoff date specified above; (b) all discovery depositions be completed by the cutoff date; and (c) all subpoenas *duces tecum* must be returnable

on or before the cutoff date specified above.

4. Absent agreement of the parties or leave of the Court, the parties shall be limited to no more than ten (10) non-party depositions, no more than twenty-five (25) interrogatories, and no more than thirty (30) requests for admission per side.

5. No discovery motions may be filed without leave of the Court. In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or narrow the areas of disagreement. If the parties are unable to resolve the discovery dispute, the parties shall jointly call chambers at (202) 354-3480 to arrange for a telephone conference with the Court. The Court will either rule on the issue at the conclusion of the telephone conference or determine the manner in which it will be handled. At least twenty-four (24) hours before the telephone conference, the parties may be required to file with the Court a brief Joint Notice of Discovery Dispute summarizing the parties' respective positions.

6. Parties may not extend deadlines by stipulation. Parties must seek extensions by motion.

7. The Court will hold a post-discovery status conference on **September 15, 2020 at 10:00 a.m.** in Courtroom 27A, at which it will set a schedule for summary judgment briefing, if necessary. The parties are directed to Local Civil Rule 7(h) regarding the requirements for motions for summary judgment and oppositions. Parties shall provide bound, tabbed courtesy copies of any document constituting, supporting, or opposing a dispositive motion if said document, together with its exhibits, attachments, declarations, and affidavits, is over one hundred (100) pages.

Date:  March 10, 2020

                                                        CHRISTOPHER R. COOPER
                                                        United States District Judge