UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MBALAMINWE MWIMANZI,

                      Plaintiff,

    v.                                    No. 20-cv-00079 (CRC)

JOSHUA WILSON, et al.,

                      Defendants.

**PLANITFF'S CONSENT MOTION FOR A PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c), Plaintiff requests a protective order governing the disclosure of certain information. Defendants consent to this motion. A proposed protective order is attached hereto.

This parties agree that some documents relevant to this case, such as personnel records and personal medical information, should be protected from unnecessary public disclosure to "protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense," Fed. R. Civ. P. 26(c). The proposed protective order will safeguard the parties from unnecessary and potentially harmful disclosure of confidential information while creating appropriate procedures for exchanging confidential information in discovery without the need for frequent consultation or intervention by this Court.

For the foregoing reasons, Plaintiff submits that good cause exists for the entry of a protective order pursuant to Fed. R. Civ. P. 26(c) and requests that the Court enter the attached proposed protective order.

July 14, 2020                                         Respectfully submitted,

                                                      */s/ Michael Perloff*
                                                      Michael Perloff (D.C. Bar No. 1601047)
                                                      Scott Michelman (D.C. Bar No. 1006945)
                                                      American Civil Liberties Union Foundation
                                                          of the District of Columbia
                                                      915 15th Street NW, Second Floor
                                                      Washington, D.C. 20005
                                                      (202) 457-0800
                                                      mperloff@acludc.org


                                                      Counsel for Plaintiff