**EXHIBIT A**

**AGREEMENT TO BE BOUND BY PROTECTIVE ORDER REGARDING DISCLOSURE OF CONFIDENTIAL INFORMATION**

The undersigned, _____, under penalty of perjury, hereby acknowledges that s/he received a copy of the Protective Order entered by the Court in the lawsuit captioned *Mwimanzi v. Wilson et al.*, No. 20-cv-00079 (CRC), has read and fully understands the provisions of that Protective Order, and agrees to be bound by its provisions. The undersigned agrees not to disclose any materials marked "Confidential Information," or share the information contained in those materials with anyone not designated in the Protective Order, and will use such material solely for the purposes of this litigation. The undersigned further agrees to return or destroy all documents designated as "Confidential Information" that may come into his or her possession upon the request of counsel for both parties, or upon the conclusion of this litigation.

Executed on _____ in _____
                       (date)                              (city, state)

Signature: _____

Printed name: _____

Relationship to lawsuit (e.g. party, counsel, support staff, expert witness):
_____