UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|                                      |                    |
|--------------------------------------|--------------------|
| MBALAMINWE MWIMANZI,                 |                    |
|                    Plaintiff,        |                    |
|         v.                           | 20-cv-00079 (CRC)  |
| JOSHUA WILSON, *et al*.,             |                    |
|                    Defendants.       |                    |

**DEFENDANTS' CONSENT MOTION TO EXTEND THE REMAINING SCHEDULING ORDER DEADLINES**

Defendants District of Columbia (the District) and Officer Joshua Wilson, with the consent of Plaintiff Mbalaminwe Mwimanzi, hereby move this Court, under Fed. Rs. Civ. P. (6)(b) and 16(b)(4), to extend the remaining deadlines in the Scheduling Order by 45 days. As grounds for this motion, the parties have not yet taken depositions and recently agreed about language for a protective order that was granted on July 16, 2020. The parties can now exchange confidential information and need additional time to complete discovery, including making decisions about how to proceed with depositions given this pandemic, the witnesses and counsel's schedules.

A memorandum of points and authorities and a proposed order are attached for the Court's consideration.

Dated: July 27, 2020

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

1

/s/ *Patricia A. Oxendine*_____
PATRICIA A. OXENDINE
D.C. Bar No. 428132
Chief, Civil Litigation Division, Section I

 /s/ Kerslyn D. Featherstone_____
KERSLYN D. FEATHERSTONE
D.C. Bar No. 478758
Senior Assistant Attorney General
STEPHANIE M. CORCORAN
D.C. Bar No. 1510874
Assistant Attorney General
441 Fourth Street, NW
Suite 630 South
Washington, D.C. 20001
(202) 724-6600; (202) 615-3910; (202) 727-6295
(202) 741-8924 (fax); (202) 741-0595
kerslyn.featherstone@dc.gov
stephanie.corcoran@dc.gov

*Counsel for Defendants District of Columbia and Officer Joshua Wilson*

## LCvR 7.1(m) CERTIFICATION

On July 17, 2020, Mwimanzi's counsel consented to the relief requested in this motion.


 /s/ Kerslyn D. Featherstone_____
KERSLYN D. FEATHERSTONE
Senior Assistant Attorney General

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| |
|---|
| MBALAMINWE MWIMANZI,<br><br>      Plaintiff,<br> v.<br><br>JOSHUA WILSON, *et al.*,<br><br>      Defendants. |

20-cv-00079 (CRC)

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' CONSENT MOTION TO EXTEND THE REMAINING SCHEDULING ORDER DEADLINES

The District of Columbia (the District) and Officer Joshua Wilson submit this memorandum of points and authorities in support of their Consent Motion to Extend the Remaining Scheduling Order deadlines.

### INTRODUCTION

On March 10, 2020, this Court issued a scheduling order governing discovery in this case. Good cause exists to extend the remaining scheduling order deadlines.

### BACKGROUND

This case arises from the claims raised by Mbalaminwe Mwimanzi that, while a guest at a friend's home, he was unreasonably searched and assaulted by Officer Wilson. *See* Compl. [1]. Mwimanzi has sued Officer Wilson under 42 U.S.C. § 1983 (Count I) and both Officer Wilson and the District for battery (Count II). *Id*.

On February 6, 2020, Officer Wilson and the District filed an Answer to Mwimanzi's Complaint. *See* Ans. [4]. This Court issued a scheduling order on March 10, 2020. *See* March 10, 2020 Scheduling Order [11]. Mwimanzi served written discovery but the responses are not

yet due. No depositions have been taken. On July 16, 2020, this Court granted a protective order governing the disclosure and use of confidential documents. Order [__]. Officer Wilson and the District now move to extend the remaining deadlines in the scheduling order by 45 days.

**LEGAL STANDARD**

Fed. R. Civ. P. 6(b)(1) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires…." Additionally, Fed. R. Civ. P. 16(b)(4) provides that "[a] schedule may be modified only for good cause and with the judge's consent." "Good cause" exists where a deadline in a scheduling order "cannot reasonably be met despite the diligence of the party seeking the extension." *See Amtrak v. Expresstrak, L.L.*C., 2006 U.S. Dist. LEXIS 67642 (D.D.C. Sept. 21, 2006).

**ARGUMENT**

This motion is filed prior to the expiration of the prescribed period for the upcoming deadlines and otherwise meets the requirements of Rules 6(b)(1) and 16(b)(4). The Court should grant this motion because good cause exists for the requested relief. While written discovery has been exchanged, the District could not produce confidential information to Mwimanzi without the entry of an approved protective order. To that end, this Court granted a protective order in this case on July 16, 2020 governing the disclosure and use of confidential information. Additionally, no depositions have been taken in this case. With the global pandemic, the parties need to determine the best way to proceed with depositions. Additionally, given that some of the witnesses are first responders, difficulty may exist scheduling their depositions. Also, because it has not yet been decided whether schools in the District of Columbia will open virtually or in

person, counsel have child care concerns.

This modification is not sought for purposes of delay. No party will be unduly prejudiced, nor will the Court's calendar be unduly burdened should this motion be granted. Indeed, the parties agree about the relief sought in this motion. Accordingly, the following deadlines should govern the remainder of this litigation:

| | | |
|---|---|---|
| Responses to Rule 26(a)(2) Expert Disclosures | August 7, 2020 | September 21, 2020 |
| Fact Discovery Deadline | September 8, 2020 | October 23, 2020 |
| Post-Discovery Status Conference | September 15, 2020, 10:00 AM | October 30, 2020 10:00 AM |

This is the District and Officer Wilson's first request to modify the scheduling order.

## CONCLUSION

For these reasons, the Court should grant this motion.

Dated: July 27, 2020

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ *Patricia A. Oxendine*
PATRICIA A. OXENDINE
D.C. Bar No. 428132
Chief, Civil Litigation Division, Section I

  /s/ Kerslyn D. Featherstone  
KERSLYN D. FEATHERSTONE  
D.C. Bar No. 478758  
Senior Assistant Attorney General  
STEPHANIE M. CORCORAN  
D.C. Bar No. 1510874  
Assistant Attorney General  
441 Fourth Street, NW  
Suite 630 South  
Washington, D.C.  20001  
(202) 724-6600; (202) 727-6295; (202) 615-3910  
(202) 741-8924 (fax); (202) 741-0595  
kerslyn.featherstone@dc.gov  
stephanie.corcoran@dc.gov  

*Counsel for Defendants District of Columbia and Joshua Wilson*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MBALAMINWE MWIMANZI,

                Plaintiff,

  v.

JOSHUA WILSON, *et al*.,

                Defendants.

Case No. 20-cv-00079 (CRC)

## **ORDER**

Upon consideration of Defendants District of Columbia and Office Joshua Wilson's Consent Motion to extend the dates in the Scheduling Order, the supporting memorandum of points and authorities, and the record herein, it is on this _____ day of _____, 2020,

**ORDERED**, that the Motion is **GRANTED** for the reasons raised in the motion, and it is,

**FURTHER ORDERED** that the Scheduling Order is hereby modified as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Responses to Rule 26(a)(2) Expert Disclosures | August 7, 2020 | September 21, 2020 |
| Fact Discovery Deadline | September 8, 2020 | October 23, 2020 |
| Post-Discovery Status Conference | September 15, 2020, 10:00 AM | October 30, 2020 10:00 AM |

                              _____
                              JUDGE CHRISTOPHER R. COOPER
                              U.S. District Court for the District of Columbia