UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MBALAMINWE MWIMANZI,<br><br>        Plaintiff,<br> v.<br><br>JOSHUA WILSON, *et al.*,<br><br>        Defendants. | 20-CV-00079 (CRC) |

**JOINT MOTION TO EXTEND THE REMAINING DISCOVERY DEADLINES**

 Under Fed. R. Civ. P. 6(b) and 16(b)(4), the parties jointly seek to extend the remaining deadlines in the Court's March 10, 2020 scheduling order, as amended on July 28, 2020. Specifically, they ask the Court to extend the close of fact discovery from October 23, 2020 to December 22, 2020 and the post-discovery conference from October 30, 2020 to January 5, 2021.

 A memorandum and points of authorities in support of this motion is attached. A proposed Order is also attached.

October 19, 2020

                    Respectfully submitted,

                    */s/ Michael Perloff*
                    Michael Perloff (D.C. Bar No. 1601047)
                    Scott Michelman (D.C. Bar No. 1006945)
                    American Civil Liberties Union Foundation
                      of the District of Columbia
                    915 15th Street NW, Second Floor
                    Washington, D.C. 20005
                    (202) 457-0800
                    mperloff@acludc.org

                    Counsel for Plaintiff

                    KARL A. RACINE
                    Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ Patricia A. Oxendine
PATRICIA A. OXENDINE
D.C. Bar No. 428132
Chief, Civil Litigation Division, Section I

/s/ Stephanie M. Corcoran
KERSLYN D. FEATHERSTONE
Senior Assistant Attorney General
D.C. Bar No. 478758
STEPHANIE M. CORCORAN
D.C. Bar No. 1510874
Assistant Attorney General
400 6th Street, NW
Washington, D.C. 20001
(202) 724-6600; (202) 807-0358; (202) 615-3910 ; (202) 741-8924; (202) 741-0594 (fax) ; (202) 741-0595
kerslyn.featherstone@dc.gov;
stephanie.corcoran@dc.gov

*Counsel for Defendants District of Columbia and Officer Joshua Wilson*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MBALAMINWE MWIMANZI,

                Plaintiff,

v.

JOSHUA WILSON, *et al.*,

                Defendants.

20-CV-00079 (CRC)

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE PARTIES' JOINT MOTION TO EXTEND THE REMAINING DISCOVERY DEADLINES

The parties submit this memorandum of points and authorities in support of their Joint Motion To Extend The Remaining Discovery Deadlines in this matter. If granted, this motion would change the discovery deadlines as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Deadline | October 23, 2020 | December 22, 2020 |
| Post-Discovery Status Conference | October 30, 2020 at 10:00 AM | January 5, 2020 at 10:00 AM (or a date thereafter depending on the Court's schedule) |

## INTRODUCTION

On March 10, 2020 and July 28, 2020, this Court issued scheduling orders governing discovery in this case. Good cause exists to extend the remaining scheduling order deadlines.

## FACTS

On January 13, 2020, Plaintiff Mbalaminwe Mwimanzi filed a complaint asserting that Defendant Joshua Wilson conducted an unlawful search in violation of the Fourth Amendment and the D.C. common law prohibition on battery. *See* Compl., at ¶¶ 7–8 [1]. Mr. Mwimanzi also alleges that the District was liable for the common law claim under the doctrine of *respondeat*

1

*superior*.  *Id.* at ¶ 8.

The Court issued an initial scheduling order on March 10, 2020.  *See* February 7, 2020 Minute Order. On July 27, 2020, Defendants filed a consent motion for an extension on the discovery deadlines that remained at that time, which the Court granted the next day. *See* July 28, 2020 Minute Order. No other extension has been sought in this case.

## LEGAL STANDARD

Federal Rule of Civil Procedure 6(b)(1) authorizes the Court to extend the time for "[w]hen an act may or must be done" upon a showing of good cause. Likewise, Fed. R. Civ. P. 16(b)(4) authorizes the Court to modify its scheduling order on a showing of good cause.

## ARGUMENT

The standard under Rules 6(b)(1) and 16(b)(4) have been met here. Although the parties exchanged discovery requests over the summer, each side was slowed in responding by factors outside its control.  Plaintiff's partner gave birth to a new child in September. Defendants had to arrange virtual interviews with 15 officers and coordinating schedules proved difficult and delayed their ability to provide responsive material.  In addition to these impediments, counsel for each side has been slowed by the challenges of the global pandemic, which has imposed additional childcare responsibilities on attorneys for each party and made communication more difficult as the attorneys in this case have all been working remotely.

Although all paper discovery has been exchanged, the delays discussed previously have prevented each side from having sufficient time to read through all the documents and to prepare for depositions, which they have not scheduled.  Granting this extension would allow the parties the time necessary to review paper discovery, arrange depositions, and take them.

## CONCLUSION

For these reasons, this motion should be granted.

October 19, 2020                                                                 Respectfully submitted,

/s/ Michael Perloff
Michael Perloff (D.C. Bar No. 1601047)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation
    of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 457-0800
mperloff@acludc.org

Counsel for Plaintiff


KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ Patricia A. Oxendine
PATRICIA A. OXENDINE
D.C. Bar No. 428132
Chief, Civil Litigation Division, Section I

/s/ Stephanie M. Corcoran
KERSLYN D. FEATHERSTONE
Senior Assistant Attorney General
D.C. Bar No. 478758
STEPHANIE M. CORCORAN
D.C. Bar No. 1510874
Assistant Attorney General
400 6th Street, NW
Washington, D.C.  20001
(202) 724-6600; (202) 807-0358; (202) 615-3910 ; (202) 741-8924; (202) 741-0594 (fax) ; (202) 741-0595
kerslyn.featherstone@dc.gov;
stephanie.corcoran@dc.gov

*Counsel for Defendants District of Columbia and Officer Joshua Wilson*

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MBALAMINWE MWIMANZI,<br><br>                              Plaintiff,<br>     v.<br><br>JOSHUA WILSON, *et al*.,<br><br>                              Defendants. | 20-CV-00079 (CRC) |

**ORDER**

Upon consideration of the parties' Joint Motion To Extend The Remaining Discovery Deadlines, and their memorandum of points and authorities in support thereof, it is on this _____ day of _____, 2020,

**ORDERED**, that the Motion is **GRANTED** for the reasons raised in the Motion, and it is,

**FURTHER ORDERED** that the Scheduling Order is hereby modified as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Deadline | October 23, 2020 | December 22, 2020 |
| Post-Discovery Status Conference | October 30, 2020<br>10:00 AM | January 5, 2021<br>10:00 AM |

_____
JUDGE CHRISTOPHER R. COOPER
U.S. District Court for the District of Columbia