## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MBALAMINWE MWIMANZI,

                              Plaintiff,

        v.

                                                        20-cv-00079 (CRC)

JOSHUA WILSON, *et al*.,

                              Defendants.

## DEFENDANTS' CONSENT MOTION TO EXTEND THE REMAINING SCHEDULING ORDER DEADLINES

Defendants District of Columbia (the District) and Officer Joshua Wilson, with the consent of Plaintiff Mbalaminwe Mwimanzi, hereby move this Court, under Fed. Rs. Civ. P. (6)(b) and 16(b)(4), to extend the remaining deadlines in the Scheduling Order by 78 days. The parties have not yet taken depositions and Mwimanzi has indicated he has experienced technical difficulties viewing body worn camera footage that has been produced during discovery. And one witness is unavailable for deposition due to his military commitment. Thus, good cause exists to extend the remaining court ordered deadlines to allow the parties to complete discovery.

A memorandum of points and authorities and a proposed order are attached for the Court's consideration.

Dated: December 18, 2020               Respectfully submitted,

                                       KARL A. RACINE
                                       Attorney General for the District of Columbia

                                       CHAD COPELAND
                                       Deputy Attorney General
                                       Civil Litigation Division

1

/s/ Patricia A. Oxendine
PATRICIA A. OXENDINE
D.C. Bar No. 428132
Chief, Civil Litigation Division, Section I


/s/ Stephanie M. Corcoran
KERSLYN D. FEATHERSTONE
D.C. Bar No. 478758
Senior Assistant Attorney General
STEPHANIE M. CORCORAN
D.C. Bar No. 1510874
Assistant Attorney General
400 6th Street, NW
Washington, D.C.  20001
(202) 724-6600; (202) 807-0358; (202) 727-6295
(202) 741-8924; (202) 741-0594(fax)
kerslyn.featherstone@dc.gov;
stephanie.corcoran@dc.gov

*Counsel for Defendants District of Columbia and Officer Joshua Wilson*

## LCvR 7.1(m) CERTIFICATION

On December 10, 2020, Mwimanzi's counsel consented to the relief requested in this motion.

/s/ Stephanie M. Corcoran
STEPHANIE M. CORCORAN
Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MBALAMINWE MWIMANZI, | |
| Plaintiff, | |
| v. | 20-cv-00079 (CRC) |
| JOSHUA WILSON, *et al*., | |
| Defendants. | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS'**
**CONSENT MOTION TO EXTEND THE REMAINING SCHEDULING ORDER**
**DEADLINES**

The District of Columbia (the District) and Officer Joshua Wilson submit this

memorandum of points and authorities in support of their Consent Motion to Extend the

Remaining Scheduling Order deadlines.

**INTRODUCTION**

Good cause exists to extend the remaining scheduling order deadlines to allow the parties

to complete all discovery.

**FACTS**

This case arises from the claims raised by Mbalaminwe Mwimanzi that, while a guest at a

friend's home, he was unreasonably searched and assaulted by Officer Wilson. *See* Compl. [1].

Mwimanzi has sued Officer Wilson under 42 U.S.C. § 1983 (Count I) and both Officer Wilson

and the District for battery (Count II). *Id*.

This Court issued scheduling orders on March 10, 2020, July 28, 2020, and October 20,

2020. *See* March 10, 2020 Scheduling Order [11], July 28, 2020 Scheduling Minute Order, and

October 20, 2020 Scheduling Minute Order. Written discovery has been exchanged by and

between parties.  Depositions were scheduled in December 2020; however, due to one witnesses'
unavailability due to a military commitment and technical difficulties concerning body worn
camera footage, the parties agreed to postpone the depositions.  Officer Wilson and the District
now move to extend the remaining deadlines in the scheduling order by 78 days.

## LEGAL STANDARD

Fed. R. Civ. P. 6(b)(1) provides that "[w]hen an act may or must be done within a
specified time, the court may, for good cause, extend the time: (A) with or without motion or
notice if the court acts, or if a request is made, before the original time or its extension
expires…."  Additionally, Fed. R. Civ. P. 16(b)(4) provides that "[a] schedule may be modified
only for good cause and with the judge's consent."  "Good cause" exists where a deadline in a
scheduling order "cannot reasonably be met despite the diligence of the party seeking the
extension."  *See Amtrak v. Expresstrak, L.L.*C., 2006 U.S. Dist. LEXIS 67642 (D.D.C. Sept. 21,
2006).

## ARGUMENT

This motion is filed before the expiration of the prescribed period for the upcoming
deadlines and otherwise meets the requirements of Rules 6(b)(1) and 16(b)(4).  The Court should
grant this motion because good cause exists for the requested relief.  While written discovery has
been exchanged, the parties have not been able to move forward with depositions.  One witness
has been unavailable because of military commitments and discovery has been delayed due to
technical difficulties with produced body worn camera footage.

This modification is not sought for purposes of delay.  No party will be unduly
prejudiced, nor will the Court's calendar be unduly burdened should this motion be granted.
Indeed, the parties agree about the relief sought in this motion.  On July 27, 2020, the Defendants

filed a consent motion to extend discovery, and on October 19, 2020, the parties jointly filed a motion to extend.  Defendants ask that the following deadlines govern the remainder of this litigation:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Deadline | December 22, 2020 | March 9, 2021 |
| Post-Discovery Status Conference | January 6, 2021, 11:30 AM | March 16, 2021 11:30 AM |

## CONCLUSION

For these reasons, the Court should grant this motion.

Dated: December 18, 2020

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Patricia A. Oxendine*
PATRICIA A. OXENDINE
D.C. Bar No. 428132
Chief, Civil Litigation Division, Section I

*/s/ Stephanie M. Corcoran*
KERSLYN D. FEATHERSTONE
D.C. Bar No. 478758
Senior Assistant Attorney General
STEPHANIE M. CORCORAN
D.C. Bar No. 1510874
Assistant Attorney General
400 6th Street, NW
Washington, D.C.  20001
(202) 724-6600; (202) 807-0358; (202) 727-6295
(202) 741-8924; (202) 741-0594(fax)
kerslyn.featherstone@dc.gov;
stephanie.corcoran@dc.gov

*Counsel for Defendants District of Columbia and Officer Joshua Wilson*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MBALAMINWE MWIMANZI,

                         Plaintiff,

    v.

JOSHUA WILSON, *et al*.,

                         Defendants.

Case No. 20-cv-00079 (CRC)

## ORDER

Upon consideration of Defendants District of Columbia and Office Joshua Wilson's Consent Motion to Extend the Remaining Scheduling Order Deadlines, the supporting memorandum of points and authorities, and the record herein, it is on this _____ day of _____, 2020,

**ORDERED**, that the Motion is **GRANTED** for the reasons raised in the motion, and it is,

**FURTHER ORDERED** that the Scheduling Order is hereby modified as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Deadline | December 22, 2020 | March 9, 2021 |
| Post-Discovery Status Conference | January 6, 2021, 11:30 AM | March 16, 2021 11:30 AM |

_____
JUDGE CHRISTOPHER R. COOPER
U.S. District Court for the District of Columbia