UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MBALAMINWE MWIMANZI,<br><br>                        Plaintiff,<br>    v.<br><br>JOSHUA WILSON, *et al.*,<br><br>                        Defendants. | 20-cv-00079 (CRC) |

## DEFENDANTS' CONSENT MOTION TO EXTEND THE REMAINING SCHEDULING ORDER DEADLINES

      Defendants District of Columbia (the District) and Officer Joshua Wilson, with the consent of Plaintiff Mbalaminwe Mwimanzi, hereby move this Court, under Fed. Rs. Civ. P. (6)(b) and 16(b)(4), to extend the remaining deadlines in the Scheduling Order by about 90 days. Despite their good faith efforts, the parties will be unable to complete all discovery by the discovery close date. Good cause exists to extend the remaining court ordered deadlines to allow the parties to complete discovery.

      A memorandum of points and authorities and a proposed order are attached for the Court's consideration.

Dated: March 5, 2021                       Respectfully submitted,

                                                KARL A. RACINE
                                                Attorney General for the District of Columbia

                                                CHAD COPELAND
                                                Deputy Attorney General
                                                Civil Litigation Division

/s/ Patricia A. Oxendine
PATRICIA A. OXENDINE
D.C. Bar No. 428132
Chief, Civil Litigation Division, Section I

/s/ Stephanie M. Corcoran
KERSLYN D. FEATHERSTONE
D.C. Bar No. 478758
Senior Assistant Attorney General
STEPHANIE M. CORCORAN
D.C. Bar No. 1510874
Assistant Attorney General
Office of the Attorney General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Direct: (202) 724-6600; (202) 807-0358
Fax: (202) 741-8924; (202) 741-0594
Email: kerslyn.featherstone@dc.gov;
stephanie.corcoran@dc.gov

*Counsel for Defendants District of Columbia and Officer Joshua Wilson*

## LCvR 7.1(m) CERTIFICATION

On March 4, 2021, Mwimanzi's counsel consented to the relief requested in this motion.

/s/ Stephanie M. Corcoran
STEPHANIE M. CORCORAN
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MBALAMINWE MWIMANZI,

        Plaintiff,

v.

JOSHUA WILSON, *et al.*,

        Defendants.

20-cv-00079 (CRC)

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' CONSENT MOTION TO EXTEND THE REMAINING SCHEDULING ORDER DEADLINES

The District of Columbia (the District) and Officer Joshua Wilson submit this memorandum of points and authorities in support of their Consent Motion to Extend the Remaining Scheduling Order deadlines.

## INTRODUCTION

Good cause exists to extend the remaining scheduling order deadlines to allow the parties to complete all discovery.

## FACTS

Mbalaminwe Mwimanzi sued the District and Officer Wilson and alleges that, while a guest at a friend's home, he was unreasonably searched and assaulted by Officer Wilson. *See* Compl. [1]. Mwimanzi raises claims under 42 U.S.C. § 1983 (Count I) and a common law battery claim (Count II). *Id*.

Discovery closes on March 9, 2021. *See* January 4, 2021 Scheduling Minute Order. The parties scheduled depositions but the depositions were cancelled. Through inadvertence, the District did not produce all responsive documents from an MPD IAD report. The District now

3

has those documents, exceeding 1,000 pages, and expects to produce that discovery by March 12, 2021.  Based on Mwimanzi's counsel's schedule, Defendants now move to extend the remaining deadlines in the scheduling order by about 90 days so as to accommodate all parties.

## LEGAL STANDARD

Fed. R. Civ. P. 6(b)(1) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires…."  Additionally, Fed. R. Civ. P. 16(b)(4) provides that "[a] schedule may be modified only for good cause and with the judge's consent."  "Good cause" exists where a deadline in a scheduling order "cannot reasonably be met despite the diligence of the party seeking the extension."  *See Amtrak v. Expresstrak, L.L.*C., 2006 U.S. Dist. LEXIS 67642 (D.D.C. Sept. 21, 2006).

## ARGUMENT

This motion is filed before the expiration of the prescribed period for the upcoming deadlines and otherwise meets the requirements of Rules 6(b)(1) and 16(b)(4).  The Court should grant this motion because good cause exists for the requested relief.  While some written discovery has been exchanged, through inadvertence, the District did not produce all written discovery sought by Mwimanzi before the scheduled depositions.  The parties believed they should not move forward with depositions until all written discovery has been exchanged.  Given that discovery closes on March 9, 2021, the parties will be unable to conduct all discovery before the discovery close date.  And they cannot complete all depositions before the end of May given Mwimanzi's counsel's busy schedule in April 2021.  This modification is not sought for purposes of delay.  No party will be unduly prejudiced, nor will the Court's calendar be unduly

burdened should this motion be granted.  Indeed, the parties agree about the relief sought in this motion.

This is the Defendants' third motion to extend discovery.  *See* Ct. Dkt.  And the parties moved jointly to extend discovery.  *Id.* Defendants ask that the following deadlines govern the remainder of this litigation:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Deadline | March 9, 2021 | May 31, 2021 |
| Post-Discovery Status Conference | March 16, 2021 11:30 AM | June 7, 2021 11:30 AM |

## CONCLUSION

For these reasons, the Court should grant this motion.

Dated: March 5, 2021               Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division


*/s/ Patricia A. Oxendine*
PATRICIA A. OXENDINE
D.C. Bar No. 428132
Chief, Civil Litigation Division, Section I

/s/ *Stephanie M. Corcoran*
KERSLYN D. FEATHERSTONE
D.C. Bar No. 478758
Senior Assistant Attorney General
STEPHANIE M. CORCORAN
D.C. Bar No. 1510874
Assistant Attorney General
Office of the Attorney General
Civil Litigation Division
400 6th Street, NW
Washington, D.C.  20001
Direct:  (202) 724-6600; (202) 807-0358
Fax:  (202) 741-8924; (202) 741-0594
Email:  kerslyn.featherstone@dc.gov; stephanie.corcoran@dc.gov

*Counsel for Defendants District of Columbia and Officer Joshua Wilson*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MBALAMINWE MWIMANZI,

           Plaintiff,

  v.

JOSHUA WILSON, *et al.*,

           Defendants.

20-cv-00079 (CRC)

### ORDER

Upon consideration of Defendants District of Columbia and Office Joshua Wilson's Consent Motion to Extend the Remaining Scheduling Order Deadlines, the supporting memorandum of points and authorities, and the record herein, it is on this _____ day of _____, 2021,

**ORDERED**, that the Motion is **GRANTED** for the reasons raised in the motion, and it is,

**FURTHER ORDERED** that the Scheduling Order is hereby modified as follows:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Discovery Deadline | March 9, 2021 | May 31, 2021 |
| Post-Discovery Status Conference | March 16, 2021 at 11:30 AM | June 7, 2021 at 11:30 AM |

_____
JUDGE CHRISTOPHER R. COOPER
U.S. District Court for the District of Columbia