IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| MBALAMINWE MWIMANZI, | : | Civil Action No. 20-cv-00079 (CRC) |
| Plaintiff, | : | Judge Christopher R. Cooper |
| - v. - | : | |
| JOSHUA WILSON | : | |
| Defendants. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk of Court and all parties of record:

Pursuant to Local Civil Rule 83.6(b), please withdraw the appearance of the undersigned, Annamaria Kimball, in the above-captioned matter on behalf of Mbalaminwe Mwimanzi, the Plaintiff.  Mr. Mwimanzi will continue to be represented in this matter by his other counsel whose appearances are entered in this case.

Respectfully submitted this 21th day of May, 2021.

/s/ Annamaria Kimball
Annamaria Kimball, D.C. Bar No. 1737945
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111
Tel:  (202) 371-7261
Fax: (202) 661-8261
Annamaria.Kimball@skadden.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 21th day of May, 2021, I electronically filed with the Clerk of the Court the Notice of Withdrawal of Appearance using the ECF system, which will send notification of such filing to all counsel of record.

I declare under the penalty of perjury that the foregoing statements are true and correct.

/s/ Annamaria Kimball
Annamaria Kimball, D.C. Bar No. 1737945
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111
Tel:  (202) 371-7261
Fax: (202) 661-8261
Annamaria.Kimball@skadden.com

*Attorney for Plaintiff*