UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MBALAMINWE MWIMANZI,

                Plaintiff,

  v.

JOSHUA WILSON, *et al.*,

                Defendants.

No. 20-cv-00079 (CRC)

**[PROPOSED]
ORDER**

Upon considering Plaintiff's Motion For Leave To Amend the Complaint and all arguments made in support thereof or in opposition thereto, it is hereby

ORDERED that Plaintiff's Motion is GRANTED; and it is further

ORDERED that Plaintiff's Amended Complaint, submitted in conjunction with his Motion For Leave To Amend, shall be filed on the docket.

Dated: _____

                                                            _____
                                                            Christopher R. Cooper
                                                             United States District Judge