Exhibit E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------x

MBALAMINWE MWIMANZI,

             Plaintiff,

     v.

JOSHUA WILSON, et al.,

         Defendants.

No. 20-cv-00079 (CRC)

-----------------------------x


DEPOSITION OF JOSHUA WILSON

Tuesday, May 4, 2021

Conducted Remotely


REPORTED BY:

Christina Diaz, CRC, CRR, RMR, CSR

Job No.:  2145

Page 2

```
 1
 2
 3
 4
 5
 6
 7                    May 4, 2021
 8                  10:42 A.M. E.S.T.
 9
10       Deposition of JOSHUA WILSON,
11  conducted remotely, before Christina Diaz, a
12  Certified Realtime Captioner, Certified
13  Realtime and Registered Merit Reporter and
14  Notary Public within and for the State of New
15  York.
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1
 2  ALSO PRESENT:
 3       KEN SCOTT, ACLU
 4       ANNAMARIA KIMBALL, ACLU
 5       MARIETTA CATSAM, ACLU
 6       LARISA ANTONISSE, ACLU
 7       MEGAN YAN, ACLU
 8       DIXIE BARRETT
         Office of the Attorney General
 9       For the District of Columbia
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1
 2         A P P E A R A N C E S
 3
 4  AMERICAN CIVIL LIBERTIES UNION
 5  Attorneys for Plaintiff
 6       915 15th Street NW
 7       Washington, DC 20005
 8       202.457.0800
 9  BY:  MICHAEL PERLOFF, ESQ.
         mperloff@acludc.org
10
    SCOTT MICHELMAN, ESQ.
11  smichelman@acludc.org
12       ARTHUR B. SPITZER, ESQ.
         aspitzer@acludc.org
13
14
15  OFFICE OF THE ATTORNEY GENERAL
16  FOR THE DISTRICT OF COLUMBIA
17  Attorneys for Defendants
18       400 6th Street, NW
19       Washington, DC 20001
20       202.727.3400
21  BY:  KERSLYN D FEATHERSTONE, ESQ.
         kerslyn.featherstone@dc.gov
22
    STEPHANIE CORCORAN, ESQ.
23  stephanie.corcoran@dc.gov
24
25
```

Page 5

```
 1
 2            I N D E X
 3  WITNESS
 4  Joshua Wilson
 5  EXAMINATION BY              PAGE
 6  Mr. Perloff             7
 7
 8
 9
10
11         E X H I B I T S
       (Exhibits attached to transcript)
12
    WILSON      DESCRIPTION        PAGE
13
    Exhibit 1   Camera Video File    50
14
    Exhibit 2   Camera Video File    61
15
16
17
18
19      INFORMATION REQUESTS
20  INSERTED INFORMATION        - NONE -
21  REQUESTS FOR PRODUCTION      - NONE -
22  RULING          - NONE -
23  DIRECTIONS NOT TO ANSWER     - NONE -
24
25
```

2 (Pages 2 to 5)

Page 6

```
1              J. Wilson
2        (The following stipulation was read
3   by the reporter)
4        "The attorneys participating in this
5   deposition acknowledge that I am not
6   physically present in the deposition room
7   and that I will be reporting this
8   deposition remotely.
9        "They further acknowledge that, in
10  lieu of an oath administered in person,
11  the witness will verbally declare his
12  testimony in this matter is under penalty
13  of perjury.  The parties and their
14  counsel consent to this arrangement and
15  waive any objections to this manner of
16  reporting.
17       "Please indicate your agreement by
18  stating your name and your agreement on
19  the record."
20
21       MS. FEATHERSTONE:  Kerslyn
22  Featherstone, I agree.
23       MR. PERLOFF:  Michael Perloff, I
24  agree.
25
```

Page 7

```
1              J. Wilson
2      J O S H U A   W I L S O N,
3        having been remotely sworn as
4        stipulated by the parties, was
5        examined and testified as follows:
6
7              EXAMINATION
8   BY MR. PERLOFF:
9
10       Q.   Good morning, Officer Wilson.
11  Thanks for making time to join us today.  I
12  want to just start with some preliminaries,
13  and we'll go into some more questions.  But
14  the goal here really is just for us to
15  understand your side of this incident.
16  Obviously, we haven't had a chance to talk
17  before.  And so I hope it's just to better
18  understand your perspectives so that we can
19  better understand this case.
20       With that in mind, I want to just
21  start kind of by introducing myself.  First,
22  let me ask -- I see you have an Ohio State hat
23  on.  Are you from Ohio?  Did you go to Ohio
24  State?
25       A.   I didn't go to Ohio State, but I am
```

Page 8

```
1   from Ohio.
2        Q.   I'm actually also from Ohio.  Where
3   in Ohio are you from?
4        A.   Nobody has really ever heard of it.
5   The biggest town close to me is Circleville.
6   And we have the pumpkin show.
7        Q.   Okay.  I'm from Cleveland.  I can
8   say I have not heard of Circleville.
9        A.   It's farther south.
10       Q.   I'll have to stop by for the pumpkin
11  show, which sounds good.  And I don't want to
12  go too far down this road, but are you a
13  Browns fan?
14       A.   Bengals.
15       Q.   Okay.  Well, this is going to be
16  clearly a contentious deposition today.
17       Mr. Wilson, have you ever been
18  deposed before?
19       A.   I think so, but I'm not 100 percent
20  sure.  Not like this, obviously.
21       Q.   Okay.  Well, like I said at the
22  outset, this is really just a chance for us to
23  better understand your perspective, your side
24  of the story.  And so with that in mind, if
25
```

Page 9

```
1              J. Wilson
2   you don't understand a question I ask or if
3   there's any confusion, just let me know.  And
4   I want to make sure that I'm giving you the
5   opportunity to fully explain yourself, so
6   please feel free to jump in.
7        If you need a break, you can just
8   tell me or your attorney and we'll pause.  I'd
9   ask you to just finish your answer before
10  taking a break, but like I said, we're happy
11  to give you time to take a break at this
12  moment.  Similarly, if you want to talk to
13  your attorney, that's also fine.  Again, I
14  would just ask you that you finish your
15  answer, and then you can ask to talk to your
16  attorney.
17       Now, it's possible in the course of
18  this discussion you'll remember something
19  later that's responsive to a question you got
20  earlier.  If you want to add or supplement
21  your response, that's something you can do.
22  We encourage you to do that, because, again,
23  our goal here is to get a complete picture of
24  what happened.
25       If there are any documents that you
```

                                    3 (Pages 6 to 9)

Page 10

1          J. Wilson
2   have that might give you a more accurate
3   answer, please let me know and we'll have
4   those documents.  We can try to get them for
5   you.  If we do have them, we might.
6          Finally, in terms of these
7   preliminary instructions, if you don't
8   remember the answer to a question, that's
9   totally fine, too.
10      A.   Okay.
11         MS. FEATHERSTONE:  Someone is on the
12   line, but they're not muted, from a phone
13   number, Michael.
14         MR. PERLOFF:  Yes.  If everyone -- I
15   don't know who that was.  If everyone
16   could just mute your phone unless
17   you're -- other than me and Officer
18   Wilson, that would be great.
19         MS. FEATHERSTONE:  There are quite a
20   few people that are on this deposition.
21   I see the names of people, but there are
22   phone numbers.  Are they with your
23   office, these phone numbers that are
24   highlighted here?
25         MR. PERLOFF:  Well, that's a good

Page 11

1          J. Wilson
2   question.  Let me confirm that.  Could
3   the 617 number just state their name just
4   to confirm.
5         MR. MICHELMAN:  Hi, yes.  This is
6   Scott Michelman.  I am the 617 number.  I
7   am another attorney in Mr. Perloff's
8   office, and I'm just listening in.
9   Thanks.
10         MR. PERLOFF:  The 202 number?
11         MS. BARRETT:  Hi.  Is it the 9753
12   ending?
13         MR. PERLOFF:  Yes.
14         MS. BARRETT:  Hi.  Dixie Barrett
15   with the Office of the Attorney General,
16   paralegal to Featherstone and Cordran,
17   just listening in, too.
18         MR. PERLOFF:  Okay.  Great.  And the
19   301 number?
20         MR. SPITZER:  Yes.  That's Arthur
21   Spitzer from the ACLU.  My internet
22   connection isn't great, so I dialed in.
23   And I will doing -- I will be listening
24   on the phone.
25         MR. PERLOFF:  Okay.

Page 12

1          J. Wilson
2         MS. FEATHERSTONE:  Thank you.
3         MR. PERLOFF:  All right.  Thank you.
4   BY MR. PERLOFF:
5      Q.   So just jumping back to those
6   instructions we had, any questions on those
7   preliminary instructions?
8      A.   No.
9      Q.   Great.  Now, I just want to ask a
10   few questions just to ensure your capacity to
11   testify today.
12         So, Officer Wilson, are you taking
13   any medications or drugs of any kind that
14   might make it difficult for you to understand
15   or answer my questions?
16      A.   No.
17      Q.   Have you had anything alcoholic to
18   drink in the last eight hours?
19      A.   No.
20      Q.   Are you sick at all today?
21      A.   No.
22      Q.   Are you currently under a doctor's
23   care for any illness?
24      A.   No.
25      Q.   Is there any reason you can think of

Page 13

1          J. Wilson
2   why you might -- why you will not be able to
3   answer my questions fully and truthfully?
4      A.   No.
5      Q.   Officer Wilson, just to again go
6   back into the background of this, could you
7   state your age for the record?
8      A.   Right now, I am 37 years old.
9      Q.   Can you say a little bit about your
10   educational history?
11      A.   I graduated high school.  I have an
12   associate's degree in criminal justice.
13      Q.   Any criminal history?
14      A.   A DWI in 2006.
15      Q.   Anything else?
16      A.   No.  Tickets.
17      Q.   Tickets?  Any arrests?
18      A.   No.
19      Q.   Okay.  What about your work history?
20      A.   High school, I worked at Domino's
21   Pizza.  I worked at McDonald's for a little
22   bit.  I joined the Marine Corps out of high
23   school.  After I got out of the Marine Corps,
24   I worked for DynCorp.  It's a government
25   contractor.  And then I worked for Delex,

                                    4 (Pages 10 to 13)

1          J. Wilson
2  who's also a government contractor.  And then
3  I got on with MPD in 2013.
4      Q.   Great.
5          Have you consulted -- just on those
6  contractors, could you talk a little bit about
7  what sort of work you did with those
8  contractors?  Let's start with that.
9      A.   I was the operations chief.  I
10 really can't talk about it.  It was a
11 clearance job, so...
12     Q.   It was what?
13     A.   I had a clearance, like some type of
14 clearance.  Both jobs were -- required
15 clearances.  So I was an operations chief for
16 basically both companies.  The other one, the
17 Delex, I was -- I did security type work, like
18 background checks and stuff like that.
19     Q.   Got it.  Okay.
20          And in those past jobs were there
21 any incidents of misconduct or any discipline
22 by your employer?
23     A.   No.
24     Q.   Have you consulted any documents,
25 videos or other materials to prepare for the

1          J. Wilson
2  deposition?
3      A.   A few documents.  The actual search
4  warrant that was written.  The general order
5  on search warrants.  I didn't get to see much
6  of my video.  It's been locked.  I've
7  requested access to it multiple times, but I
8  didn't get to see it.  I got to see a little
9  bit of it when I spoke to my attorney, but I
10 haven't really --
11         MS. FEATHERSTONE:  I'm sorry.  The
12     witness is instructed to not discuss the
13     conversation with me, your attorney, and
14     what we discussed about anything.  You
15     can continue.
16     A.   Okay.  I didn't get to see my video.
17 So I haven't really -- I have to see that.
18 BY MR. PERLOFF:
19     Q.   And were you told why you weren't
20 able to see your video?
21     A.   No.  I requested.  Like I said, so
22 the only way I would be able to see it
23 personally would be to request access through
24 Evidence.com, which I did.  And nobody ever
25 got back to me to unlock it because it's

1          J. Wilson
2  locked in my evidence.
3      Q.   When was the last time you requested
4  access to the video?
5      A.   It's been a while.  I can't give you
6  a specific date.
7      Q.   Was it in 2021?
8      A.   I don't remember.  I don't remember.
9  I may have asked for it in January 2021.  It's
10 been pretty hectic this year.  I've been on
11 CDU mostly.  So I really haven't even been in
12 my office to even get on the computer.
13     Q.   Okay.  Did you look at any other
14 videos in preparation for this deposition?
15     A.   No.  Not anything independently.
16     Q.   Have you consulted with anyone in
17 preparation for this deposition?
18     A.   Only my attorney.
19     Q.   Okay.  Officer Wilson, I would ask
20 you to say that Baker Mayfield is a better
21 quarterback than Joe Burrow on the record, but
22 I suppose that probably would be
23 inappropriate.  So I'm going to jump right
24 into the questions.
25     A.   That's not going to happen.

1          J. Wilson
2      Q.   Not going to happen.  Okay.  So we
3  have drawn the lines.
4          Officer Wilson, on January 15th,
5  2019, were you involved in the execution of a
6  search warrant at 769 Quebec Place Northwest?
7      A.   I was.
8      Q.   Prior to arriving at that location,
9  did you receive a copy of the warrant?
10     A.   I did.
11     Q.   Prior to arriving at 769 Quebec
12 Place Northwest, did you receive a copy of the
13 affidavit filed in support of the warrant?
14     A.   I didn't get a copy of it, but we
15 went over the actual warrant.  We do a workup
16 before every warrant, just like a background
17 for what the warrant is for and the actual
18 warrant.  I didn't get an actual copy of it,
19 but we did go over it.
20     Q.   What did the warrant say you could
21 search?
22     A.   Specifically, it was for the
23 premises of 769 Quebec, apartment number 2.
24 And it -- go ahead.  I'm sorry.
25     Q.   No.  Go ahead.

Page 18

J. Wilson

1         J. Wilson
2    A.   It stated inside of it that there
3  were multiple people inside the apartment
4  using and selling drugs.
5    Q.   Did the warrant say anything about
6  searching individuals in the apartment?
7    A.   I don't believe it actually -- I
8  don't believe specifically it said searching
9  individuals, no.
10    Q.   Did the warrant specify the places
11  you could search?
12    A.   Yes.  The 769 Quebec, apartment
13  number 2.
14    Q.   Anywhere other than that?
15    A.   No.  Just that apartment.
16    Q.   Were there any specific individuals
17  named in warrant?
18    A.   No specific individuals.  The
19  warrant actually said multiple individuals in
20  and out of the apartment, going in and out of
21  the apartment buying and selling drugs --
22  believed to be buying and selling drugs.
23    Q.   Was Mr. Mwimanzi named in the
24  warrant?
25    A.   Not by name, no.

Page 19

1         J. Wilson
2    Q.   Were there any specific individuals
3  named in the affidavit?
4    A.   I believe the only specific person
5  named was the actual owner -- or, I am sorry,
6  the lease holder.
7    Q.   Was there any individuals who were
8  named in the meeting you had to go over the
9  warrant?
10    A.   I don't think so.  But, again, it
11  was over two years ago, so I don't remember.
12    Q.   Was Mr. Mwimanzi named in the --
13  just named in the affidavit?
14    A.   No.
15    Q.   And was Mr. Mwimanzi named in the
16  meeting you had to prepare for the search?
17    A.   No.
18    Q.   What did the warrant say you could
19  search for?
20    A.   Drugs.  Drug paraphernalia.
21    Q.   Anything else?
22    A.   So most of the warrants have kind of
23  a generic language, drugs, drug paraphernalia
24  and anything that -- I think most warrants
25  have something in there that say, like,

Page 20

1         J. Wilson
2  pictures of drugs, whatever, things like that.
3  But specifically, drugs and drug
4  paraphernalia.
5    Q.   So drugs, drug paraphernalia,
6  pictures of drug paraphernalia.  Anything else
7  that you recall in the warrant?
8    A.   No, not that I remember.  But I know
9  that it was specifically drugs and drug
10  paraphernalia.
11    Q.   Have you executed other search
12  warrants?
13    A.   Yes.
14    Q.   Have you seen warrants in those
15  cases?
16    A.   Meaning the warrants, the actual
17  warrants before?
18    Q.   Yes.
19    A.   So like I said, before every
20  warrant, we do a briefing.  Whoever is going
21  on the warrant and going inside has to be at
22  the briefing.  During that briefing, there's a
23  copy of the warrant at the briefing, and then
24  there's a background.  So it's like a
25  PowerPoint, I guess you'd call it.  You do a

Page 21

1         J. Wilson
2  PowerPoint on everything that the warrant
3  entails.
4    Q.   In those meetings, have you ever
5  seen a warrant authorizing the search of a
6  place and the people within that place?
7    A.   Not specifically every people.
8  Usually -- so what our general orders states,
9  702.03, that's the MP general orders on search
10  warrants, it states that -- it basically
11  states that if the people inside -- as long as
12  -- okay.  So if it's a private residence,
13  which on this day it was a private
14  residence -- public is different.  But in a
15  private residence, everybody can be searched
16  as long as it's what's contained in the search
17  warrant can be contained on their body in the
18  scope of the search warrant.  So, again, drugs
19  and drug paraphernalia can be contained on
20  someone's body, so everybody is subject to
21  search that's inside the residence at the
22  time.  And it's not specific to -- on this
23  warrant, it's not a specific person.  There
24  wasn't a target.  So on most warrants, there
25  is a target, like this is the person that

6 (Pages 18 to 21)

Page 22

```
1              J. Wilson
2  we're looking for.
3      Q.   And just to clarify, that general
4  order you cited and the authorization it
5  provided, was that your understanding of the
6  authority that you had to conduct searches on
7  January 15th, 2019?
8      A.   Yes.
9      Q.   We might come back to that in a
10 moment, but I want to just jump back to that
11 briefing.
12          Prior to the search of 769 Quebec
13 Place Northwest, did officers assign you any
14 responsibilities?
15     A.   Yes.
16     Q.   And what were those
17 responsibilities?
18     A.   So my first responsibility, I was
19 the ram, which is if they don't answer the
20 door, hit the door, and then I was assigned as
21 a searching officer, so search the people
22 inside their residence.
23     Q.   And at the meeting, did you receive
24 any instructions on how to search the people
25 in the residence?
```

Page 23

```
1              J. Wilson
2      A.   No.  Just a regular search for
3  drugs.
4      Q.   On June 15, 2019, what time did you
5  arrive at 769 Quebec Place Northwest?
6      A.   I don't -- I can't give you an exact
7  time.  It was dark.  I remember that.  I
8  remember it was dark.
9      Q.   How did you get there?
10     A.   Scout car.
11     Q.   What's that?
12     A.   Scout car, a police vehicle.
13     Q.   After you got to the address, what
14 happened next?
15     A.   We went up to the apartment to
16 execute the search warrant.  The door was
17 knocked, knock and announce.  No one came to
18 the door.  So I was told by Sergeant Cox to
19 hit the door with the ram.  The door went
20 open.  Everybody inside was secured.
21     Q.   When you heard the knock, how close
22 were -- at the time that Sergeant Cox knocked
23 at the door, how close were you to the door?
24          MS. FEATHERSTONE:  Objection to the
25     form of the question.
```

Page 24

```
1              J. Wilson
2      You can answer.
3          MR. PERLOFF:  Let me rephrase that
4      question.
5  BY MR. PERLOFF:
6      Q.   Did Sergeant Cox knock on the door?
7      A.   Yes, and announced.
8      Q.   And when he knocked on the door, how
9  close were you to the door?
10     A.   Right next to it.
11     Q.   Did you hear anything coming from
12 the other side of the door?
13     A.   I don't remember.  I don't think so.
14     Q.   Did Sergeant Cox announce himself?
15     A.   Yes.
16     Q.   And after he announced himself, did
17 you hear anything coming from the other side
18 of the door?
19     A.   I don't think so.  I don't remember.
20 I can't tell you exactly what I heard that
21 night.  Again, it was over two years ago.  I
22 don't think that I heard anything from the
23 other side of the door.
24     Q.   How long elapsed between the time
25 that Sergeant Cox announced himself and you
```

Page 25

```
1              J. Wilson
2  knocked down the door?
3      A.   On that particular occasion, again,
4  I don't remember.  Usually, it's -- we wait a
5  few -- I don't know the exact time.  Five to
6  ten seconds.  That's usually what we wait.
7  But, again, I don't remember on that
8  particular day.
9      Q.   Did you enter the apartment?
10     A.   I was the last one in.  I was the
11 last one in.
12          MS. FEATHERSTONE:  I'm sorry.  There
13     was a motion, like something came out of
14     his mouth, but no sound came out.  And I
15     want to make sure that the court reporter
16     capture what he's -- I think you leaned
17     in Michael because you recognized that
18     his mouth moved but no sound came out.
19          MR. PERLOFF:  Yes.  So let me ask
20     that question again.
21 BY MR. PERLOFF:
22     Q.   Did you enter the apartment?
23     A.   Yes.  I was the last one in.
24     Q.   Thank you.
25          And what did you see when you walked
```

Page 26

```
1            J. Wilson
2  in?
3      A.   I mean, just a regular apartment.
4  Walked in, hallway, there's one person in the
5  bathroom on the floor.  Bedroom and then a
6  living room.  And there was -- I don't
7  remember exactly how many people.  There was
8  multiple people inside the living room.
9      Q.   What happened after you walked in?
10     A.   After I walked in?
11     Q.   Yes.
12     A.   So same thing that happens on every
13 search warrant.  The people inside are secured
14 just for officer safety.  Everyone is pat down
15 for weapons.  And usually, what we do is an
16 area is cleared.  So like if there's a couch,
17 near the couch, to check for weapons and
18 whatever we're searching for.  In the search
19 warrant, inside the couch, under the couch.
20 And then at that point -- in this case, there
21 was a lot of chairs.  So we sat the people
22 that are secured down in chairs after they
23 were secured and they're in handcuffs.
24 Everyone is handcuffed for officer safety and
25 security.
```

Page 27

```
1            J. Wilson
2      Q.   When you say that people were
3  secured, what do you mean by that?
4      A.   They were handcuffed.
5      Q.   And did you find any drugs in the
6  apartment?
7      A.   At that point, I wasn't tasked to
8  search the apartment.  The first person that I
9  came in contact with was the person in the
10 bathroom.  That person was taken out to the
11 hallway, because there just wasn't enough
12 room, and I was out in the hallway with him.
13 So I wasn't tasked to search the actual
14 apartment.  There were other people that were
15 doing that.
16     Q.   Okay.  Did the other people in the
17 apartment find any drugs in the apartment?
18     A.   I don't remember.
19         MS. FEATHERSTONE:  Object to the
20     form.
21         You can answer.
22         Objection to the form.
23         But you can answer.
24     A.   Okay.  I don't remember.  I'd have
25 to see, like, the actual report that was done
```

Page 28

```
1            J. Wilson
2  after.  Like I say, I can't remember.  I don't
3  think so, but I'm not 100 percent sure.
4  BY MR. PERLOFF:
5      Q.   Do you know what other officers --
6  did you have any knowledge of what other
7  officers found in the apartment?
8      A.   At that time, no.
9      Q.   And what about today?
10     A.   I'd have to look at the report.  So,
11 again, like I said, I'd have to look at the
12 report to tell you specifically if or what was
13 found inside the search -- during the search
14 warrant.
15     Q.   Have you heard of the phrases
16 searches and pat downs?
17     A.   Yes.
18     Q.   Is there a difference between those
19 two phrases?
20     A.   Yes.
21     Q.   What's the difference?
22     A.   So a pat down is the outer clothing.
23 It's just a check for weapons.  So it's
24 basically just -- anywhere a weapon can be
25 found, just kind of pat down.  Just feel for a
```

Page 29

```
1            J. Wilson
2  bulge or something resembling a weapon.  A
3  search is an actual search of a person's body.
4  Checking pockets.  It's more invasive.
5      Q.   Could you describe the parts of the
6  body you would touch when conducting a pat
7  down?
8      A.   So pockets obviously, waistband
9  area.  Basically anywhere a weapon can be
10 stored, could be hidden.
11     Q.   Would you touch the groin area?
12     A.   Yes.
13     Q.   The buttocks area?
14     A.   No.
15     Q.   The legs?
16     A.   Yes.
17     Q.   The socks?
18     A.   For a pat down, I wouldn't touch the
19 socks, no.  Outer clothing.
20     Q.   And would you touch the buttocks
21 through someone's clothing when conducting a
22 pat down?
23     A.   No.  I wouldn't touch -- I wouldn't
24 touch anywhere near that for a pat down.
25     Q.   You wouldn't pat down the backside
```

8 (Pages 26 to 29)

Page 30

```
1              J. Wilson
2  of a person's body?
3       A.   Just the waistband area.
4       Q.   How would you conduct a search?
5       A.   So if I'm conducting a search if
6  somebody is arrested, it's basically -- it's
7  more invasive, obviously.  I'm going into
8  someone's pockets to check inside someone's
9  pockets.  I would check socks at that point,
10 the groin area and shoes, inside shoes.
11      Q.   Would you touch the waist of a
12 person when conducting a search?
13      A.   Like the waistband area, yes.
14      Q.   What about the buttocks area?
15      A.   No.
16      Q.   So you would not touch a person's
17 backside when searching them?
18      A.   No.  The only thing I do is when I'm
19 doing a search, I do grab the belt area to
20 pull the pants up so I can feel -- so that
21 everything is more tight so I can feel if
22 there's anything inside the legs and groin
23 area.
24      Q.   And the fact that you don't touch
25 the backside area, why is that?
```

Page 31

```
1              J. Wilson
2       A.   Because if there's something there,
3  then I would -- for me, if there's something
4  -- if I believe there's something there at
5  that point, it's not a weapon, so it's not
6  going to be a danger to me.  So what I would
7  do is if the person is there, the person is
8  arrested, I would -- that would be something
9  that's done at the station, like a strip
10 search.
11      Q.   What about the back pockets?  Would
12 you touch the back pockets when conducting a
13 pat down?
14      A.   Yes.  The back pockets for a pat
15 down?  No, not back pockets -- I mean, you'd
16 pat -- I guess you would pat the area.  But if
17 you're going in the pockets, it would be for a
18 search.
19      Q.   So during -- but to be clear, then
20 during a pat down, you would touch the back
21 pockets of a person's pants area?
22      A.   If I'm doing a pat down, no, because
23 a weapon is not going to be stored in there.
24 I would do -- I would pat down the waistband.
25 Again, the waistband area is where a weapon is
```

Page 32

```
1              J. Wilson
2  normally stored if someone has a weapon.
3       Q.   So in your experience, are there
4  weapons stored in people's back pockets?
5       A.   I've never gotten a weapon out of
6  anybody's back pocket, unless it was a knife,
7  and that's usually visible.
8       Q.   And when conducting a search, would
9  you touch someone's back pockets?
10      A.   I wouldn't -- when I'm searching,
11 yes.  You go in the back pockets, yes.
12      Q.   And why would you conduct -- why
13 would you search the back pockets when
14 conducting a search but not a pat down?
15      A.   Because there's not going to be a
16 weapon in the back pockets.  And a pat down is
17 for weapons.  A search is more invasive.  I'm
18 actually looking for, again, something that
19 could be stored in the back pocket.  Or if the
20 person is arrested, it's a search incident to
21 arrest, and there's wallets there that has to
22 be contained in property.
23      Q.   Is your training not to touch back
24 pockets when conducting a pat down?
25      A.   No.
```

Page 33

```
1              J. Wilson
2       Q.   So let me ask that question again.
3            Were you trained to avoid touching
4  back pockets when conducting a pat down?
5       A.   No, not specifically.
6       Q.   Then how did you -- were you trained
7  to touch back pockets when conducting a pat
8  down?
9       A.   I don't think so.  This is more of
10 an experience thing.  It's experience.
11 There's not going to be a gun in someone's
12 back pocket.  If there is, then I have missed
13 it.  Again a pat down is for weapons.  So I'm
14 looking for knives, guns, things of that
15 nature.
16      Q.   Now, when you talk about the back
17 pockets, would you agree that the back pockets
18 are in the buttocks area of a person's body?
19      A.   Yes.
20      Q.   Okay.  Have you ever heard the
21 phrase basic search?
22      A.   No.
23      Q.   Okay.  Were you trained to conduct a
24 pat down?
25      A.   Yes.
```

9 (Pages 30 to 33)

Page 34

J. Wilson
1
2     Q.   Where were you trained to do that?
3     A.   The Academy.
4     Q.   Were you trained to conduct a
5  search?
6     A.   Yes.
7     Q.   Where were you trained to do that?
8     A.   The Academy.
9     Q.   Other than the Academy, was there
10  anywhere else where you were trained to
11  conduct a search?
12     A.   I guess, again, it's one of those
13  things. It's an experience thing. And during
14  field training, you get training, you know,
15  more extensive training on searches, because
16  then you get to actually do it.
17     Q.   And other than the academy, was
18  there any way you -- where you were trained to
19  conduct a pat down?
20     A.   Again, it's during field training,
21  like on-the-job training, I guess you'd say.
22  So like that's when you actually get to do it
23  on the street and see, like, other people
24  doing it. So, like, you see other people
25  doing it and then you kind much just -- and

Page 35

J. Wilson
1
2  then you -- it's kind of like a training.
3  Your training officer does it, and you watch
4  the first couple of times until you do it.
5     Q.   Were you trained on conducting
6  searches or pat downs while executing a
7  warrant?
8     A.   I mean, not while executing a
9  warrant. It's the same thing.
10     Q.   Were you given any specific
11  instructions about whether to search or frisk
12  people who are present in a location where you
13  have a warrant to search?
14     A.   So, again, I'm going off the general
15  order that says if what you're searching for
16  can be contained on the body, then you search
17  that person. So, again, like, if we were
18  looking for guns, then we would do a pat down
19  of everybody. And then if we are looking for
20  drugs, narcotics or drug paraphernalia, that's
21  when you get into a more extensive search on a
22  search warrant.
23     Q.   So if you're looking for drugs or
24  drug paraphernalia, would you search everyone
25  in the location where you're looking for those

Page 36

J. Wilson
1
2  items?
3     A.   Yes.
4     Q.   Other than the general order, did
5  you receive any instruction on -- describing
6  whether you should search or frisk people
7  while executing a search warrant?
8     A.   Like through the department?
9     Q.   Yes.
10     A.   I don't understand the question,
11  Mike.
12     Q.   Okay. Let me try a different way.
13     A.   That's the general order.
14     Q.   Were there any courses you took in
15  the Academy that covered conducting how to --
16  whether to conduct searches or frisks of
17  people who are present in a location where
18  you're executing a search warrant?
19     A.   In the Academy, they don't even
20  teach you how to do a search warrant in the
21  Academy. The Academy is like your basic
22  policing.
23     Q.   What about in the field? Was there
24  any training you had in the field about
25  whether to conduct a search or a frisk in the

Page 37

J. Wilson
1
2  field when executing a search warrant?
3     A.   Executing a search warrant? When
4  executing a search warrant, no, not
5  specifically.
6     Q.   While you were at the academy, did
7  you have any lessons on the law of arrests,
8  searches and seizures?
9     A.   Yes.
10     Q.   Did those lessons cover whether you
11  could search or frisk people when executing a
12  search warrant?
13     A.   I don't remember a search warrant
14  part, no. Like I said, I don't remember.
15  That was eight years ago. I don't think there
16  was an actual part on the search warrant.
17  Obviously, they covered searches and seizures,
18  but I don't remember specifically search
19  warrant -- a search warrant lesson.
20     Q.   While executing the search warrant
21  at 769 Quebec Place Northwest on January 15th,
22  2019, did you search anyone?
23     A.   Yes.
24     Q.   How many people did you search?
25     A.   Again, I haven't had access to my

Page 38

1          J. Wilson
2  video specifically, but I know I searched the
3  gentleman in the hallway, the one in the
4  corner, Mr. Mwimanzi.  At least three, but I
5  can't remember specifically because I haven't
6  seen my video.
7      Q.   Did you pat anyone down at 769
8  Quebec Place Northwest on January 15th?
9      A.   I don't think I patted anyone down,
10 no, because, like I said, I was the last one
11 in.  The pat downs are conducted as soon as
12 everyone is secured.  So I was the last one
13 in.  So I don't believe I patted anyone down.
14     Q.   Before January 1st, 2019, had you
15 ever met Mbalaminwe Mwimanzi?
16     A.   No, I don't think so.
17     Q.   Had you ever heard of him?
18     A.   I don't think so.
19     Q.   Had you ever seen him?
20     A.   I don't think so.  I don't recall,
21 but I'm pretty sure I hadn't.
22     Q.   On January 15th, 2019, did you
23 search Mr. Mwimanzi?
24     A.   Is that the day of the warrant?
25 Yes.

Page 39

1          J. Wilson
2      Q.   Did you pat him down?
3      A.   I did not pat him down, no.
4      Q.   Why did you search Mr. Mwimanzi on
5  January 15th, 2019?
6      A.   Because he was inside the residence
7  where there was believed to be drugs and drug
8  paraphernalia and people were using and
9  selling drugs.  And there was a warrant signed
10 by a judge to search or to seize any drugs in
11 that location.
12     Q.   Now, before you started searching
13 him, did you see anyone using drugs in the
14 apartment?
15     A.   No.
16     Q.   Did you see anyone selling drugs in
17 the apartment?
18     A.   No, I did not.
19     Q.   Did you see any drugs in the
20 apartment?
21     A.   I did not see any drugs in the
22 apartment, no.  But that's why we were there,
23 to search for drugs.
24     Q.   Did you see any drug paraphernalia
25 in the apartment?

Page 40

1          J. Wilson
2      A.   Not specifically in the apartment,
3  no.
4      Q.   So other than the information you
5  had in the warrant, were there any other facts
6  that led you to search Mr. Mwimanzi?
7      A.   No.  Just the warrant.
8      Q.   Let's go to the start of that
9  interaction with Mr. Mwimanzi.  What did you
10 say to him?
11     A.   At the time -- again, I haven't seen
12 my video, so specifically I would tell you
13 what I remember from my own -- this is from my
14 head.  I remember he was sitting down.  I
15 asked him to stand up.  He didn't want to
16 stand up.  He ended up standing up.  I asked
17 him to spread his feet.  At first, he didn't
18 want to, and then he did.  And then I searched
19 him.  I can't tell you specifically what I
20 said.  I remember telling him to spread his
21 feet.  Like I said, I haven't seen nigh video.
22 It's been over two years.  I've done many
23 search warrants since then.  I specifically
24 can't tell you exactly the words that came out
25 of my mouth.

Page 41

1          J. Wilson
2      Q.   Before searching Mr. Mwimanzi, did
3  you ask anyone if Mr. Mwimanzi had been
4  searched previously?
5      A.   I think I asked, and then I think
6  someone said no.  He was pat down -- he was
7  patted down.  But, again, I can't remember
8  specifics.  I'm pretty sure I asked has he
9  been searched.  And I'm pretty sure someone
10 said no.  He's been patted down, though.
11     Q.   Who did you ask if he had been
12 searched?
13     A.   I'm sorry.
14          (Interruption)
15          THE WITNESS:  I'm sorry, guys.  Can
16 I take a break?  I have to see who's at
17 my door.
18          MR. PERLOFF:  Sure, sure, sure.  Why
19 don't we go off the record for a moment.
20          (Recess:  11:38 a.m. to 11:39 a.m.)
21 BY MR. PERLOFF:
22     Q.   So I'm just going to repeat my last
23 question.
24          Who did you ask if -- who did you
25 ask whether Mr. Mwimanzi had been searched

11 (Pages 38 to 41)

Page 42

J. Wilson

1    before?
2
3       A.   I'm not 100 percent sure.  There was
4    a lot of people there.  I remember Officer
5    Sutton was there right next to me, and I think
6    Officer Seijo was right there, but there were
7    a lot of officers there.  So I'm not -- I want
8    to say it was Officer Seijo, but I'm not sure.
9       Q.   Why did you ask whether Mr. Mwimanzi
10   had been searched before?
11      A.   Because if he was searched, then I
12   wouldn't have searched him.
13      Q.   Have you worked with Officer Seijo
14   before?
15      A.   Seijo, yes.
16      Q.   And have you seen Officer Seijo
17   conduct searches before?
18      A.   Yes.
19      Q.   Have you ever seen a search Officer
20   Seijo conducted that you deemed inadequate?
21      A.   I don't think so.
22      Q.   What are your impressions of the
23   searches that Officer Seijo conducts?
24          MS. FEATHERSTONE:  Objection to
25      form.

Page 43

J. Wilson

1
2          You can answer.
3    BY MR. PERLOFF:
4       Q.   Do you have any impressions of the
5    searches that Officer Seijo has conducted in
6    the past?
7       A.   No.  I mean, Officer Seijo is
8    Officer Seijo.  I am Officer Wilson.  So we do
9    things differently.  But I don't see anything
10   -- I don't remember ever seeing anything wrong
11   with any search that he had ever conducted.
12      Q.   Would you say that he's effective at
13   conducting searches?
14          MS. FEATHERSTONE:  Objection to
15      form.
16          You can answer.
17      A.   Yes.
18   BY MR. PERLOFF:
19      Q.   Have you ever seen Officer Murrock
20   conduct a search -- strike that.
21          Have you ever seen Officer Seijo
22   conduct a pat down before?
23      A.   Yes.
24      Q.   Do you have any impressions of the
25   pat downs that he conducts?

Page 44

J. Wilson

1
2       A.   No.
3       Q.   Do you have any opinions about
4    whether Officer Seijo is effective at
5    conducting pat downs?
6       A.   I would say he is as effective as
7    the next officer.
8       Q.   Have you ever seen Officer Murrock
9    conduct a search before?
10      A.   Yes.
11      Q.   Is Officer Murrock effective at
12   conducting searches?
13          MS. FEATHERSTONE:  Objection to the
14      form.
15          You can answer.
16   BY MR. PERLOFF:
17      Q.   Do you have an opinion as to whether
18   Officer Murrock is effective at conducting
19   searches?
20      A.   I don't have -- again, Officer
21   Murrock is a female.  So she usually does --
22   if she searches somebody, it's usually a
23   female.
24      Q.   Do you have any concerns about the
25   quality of searches conducted by Officer

Page 45

J. Wilson

1
2    Murrock?
3       A.   No.
4          MS. FEATHERSTONE:  I don't think his
5      answer was audible.  For the record could
6      you state your answer.
7          THE WITNESS:  I don't.
8    BY MR. PERLOFF:
9       Q.   Would you say that Officer Murrock's
10   searches are reliable?
11          MS. FEATHERSTONE:  Objection to
12      form.
13          You can answer.
14      A.   Yes.
15   BY MR. PERLOFF:
16      Q.   Have you ever seen Officer Murrock
17   conduct a pat down before?
18      A.   Yes.
19      Q.   Have you ever seen a pat down
20   conducted by Officer Murrock that you deemed
21   inadequate?
22      A.   No.
23          MS. FEATHERSTONE:  Objection to the
24      form.
25          You can answer.

12 (Pages 42 to 45)

1          J. Wilson
2   BY MR. PERLOFF:
3       Q.   Do you have any concerns about pad
4   downs previously conducted by Officer Murrock?
5           MS. FEATHERSTONE:  Same objection.
6           You can answer.
7       A.   No.
8   BY MR. PERLOFF:
9       Q.   After you searched Mr. Mwimanzi,
10  were you aware of the identity of any of the
11  officers who had previously searched or patted
12  him down?
13      A.   No.
14      Q.   When you searched Mr. Mwimanzi,
15  where did you start?
16      A.   The same place I start on everybody.
17  In the groin area.
18      Q.   Why do you start there?
19      A.   Because in my experience, that's
20  where a lot of drug dealers and users hide
21  things.
22      Q.   How did you search him in the groin
23  area?
24      A.   I don't know how to answer that
25  question.  It's just basically the rim of your

1          J. Wilson
2   hand inside the groin, like a couple swipes,
3   to see if I felt anything -- to see if I feel
4   anything, like hard objects.
5       Q.   After searching his groin area,
6   where did you search him next?
7       A.   I don't think I searched anywhere
8   else because he was being very abrasive,
9   saying things that weren't true.  So I don't
10  think I went into a full search on him.
11      Q.   What did Mr. Mwimanzi say?
12      A.   Again, I haven't seen my video.  I
13  don't remember exact words.  He said something
14  to the effect of, "Are you finger fucking me?"
15  This is his words, not mine.  And then he kept
16  saying, "You like that, buddy," or something
17  like that.
18      Q.   After Mr. Mwimanzi made the
19  statement about finger fucking, did you change
20  the way you are searching him at all?
21      A.   No.  I told him to sit back down.
22      Q.   Did you continue searching him after
23  he made that statement?
24      A.   I don't think I did after that
25  statement.  I think at that point, I told him

1          J. Wilson
2   to sit down, sit back down.
3       Q.   When you searched Mr. Mwimanzi's
4   groin area, did you feel anything?
5       A.   No.
6       Q.   Did Mr. Mwimanzi say that you were
7   fondling him?
8       A.   He may have.  I don't remember exact
9   words.  I haven't watched my video.  He said a
10  lot of things, though.
11      Q.   After any of the statements that --
12  after any of the statements that Mr. Mwimanzi
13  made, did you change the way you were
14  searching him that day?
15      A.   No.
16      Q.   Did you touch Mr. Mwimanzi's
17  testicles through his clothing?
18      A.   I don't think so.
19      Q.   Did you touch Mr. Mwimanzi's penis
20  through his clothing?
21      A.   Not purposely.  Not that I -- again,
22  not that I remember.  And if I did, it was
23  just during the course of the regular search.
24  Again, there's multiple people that day.  The
25  exact same way.

1          J. Wilson
2       Q.   Did you move Mr. Mwimanzi's
3   testicles through his clothing?
4       A.   I don't think so.
5       Q.   Did you grasp Mr. Mwimanzi's
6   testicles through his clothing?
7       A.   I don't think so.
8       Q.   Did you cup Mr. Mwimanzi's testicles
9   through his clothing?
10      A.   No.
11      Q.   Did you move Mr. Mwimanzi's penis
12  through his clothing?
13      A.   Again, it's the same question.  You
14  asked the same question multiple times.
15  Again, if I did, I didn't do it on purpose.
16  It was during the course of a normal search.
17      Q.   Did you touch Mr. Mwimanzi's
18  buttocks through his clothing?
19      A.   No.
20      Q.   Did you put your hands between
21  Mr. Mwimanzi's buttocks through his clothing?
22      A.   No.
23      Q.   What I would like to do now is show
24  you your body-worn camera video, and then we
25  can talk about it.

Page 50

```
 1              J. Wilson
 2    A.   Okay.
 3         MR. PERLOFF:  So let me just set
 4    this up.
 5         Okay.  I'm going to introduce now
 6    Exhibit 1, which is a copy of Officer
 7    Wilson's body-worn camera footage from
 8    the incident that is the search that
 9    occurred on January 15th, 2019 at 769
10    Quebec Place Northwest.
11         This body-worn camera footage was
12    provided to me by your lawyer as Bates
13    number 695.  So to show this footage,
14    what I'm going to do now is I'm going to
15    share my screen.
16         (Wilson Exhibit 1, Camera Video
17    File, was marked for identification)
18         MS. FEATHERSTONE:  Michael to be
19    clear, the video is still under the
20    protective order, right?
21         MR. PERLOFF:  Well, maybe we can go
22    off the record to discuss that.  I did
23    have a question on that.  Or we can talk
24    about it on the record, either way.
25         MS. FEATHERSTONE:  It's our
```

Page 51

```
 1              J. Wilson
 2    understanding is that it won't be made
 3    part of the transcript, but it's being
 4    shown for purposes of the deposition, but
 5    that's the extent of it.  The people that
 6    are here are from your office.  You've
 7    identified Ken Scott, Annamaria Kimball,
 8    Marietta Catsam, Larisa Antonisse and
 9    Megan Yan, so they're part of your
10    office.  They're bound by the terms of
11    the protective order.
12         MR. PERLOFF:  Correct.  Everyone
13    here has signed the exhibit acknowledging
14    the protective order.  We were not clear
15    whether the videos were -- whether you
16    intended to apply the protective order to
17    the body-worn camera footage.  So is that
18    what the District plans to do?
19         MS. FEATHERSTONE:  Let me just check
20    with my team about that.  If we could
21    just hold it in abeyance, the decision
22    about it.  It doesn't stop it from being
23    shown today, but just in general, making
24    it a formal part of the public deposition
25    transcript, I would ask that we hold that
```

Page 52

```
 1              J. Wilson
 2    until I can consult with my team about
 3    it.
 4         MR. PERLOFF:  Of course.  That's
 5    fine.
 6         MS. FEATHERSTONE:  Thank you.
 7         MR. PERLOFF:  Okay.  Let me pull up
 8    this video.
 9    BY MR. PERLOFF:
10    Q.   Officer Wilson, can you see what's
11    on my screen now?
12    A.   Yes.
13    Q.   Okay.  I am going to start this
14    video using the numbers in the far right-hand
15    corner at the 2:19:35 second mark.  Actually,
16    let me -- I think this may not include the
17    sound.  Let me just reset that.
18         Okay.  Officer Wilson, can you see
19    what's on my screen now?
20    A.   Yes.
21    Q.   Okay.  And like I said before, using
22    the numbers at the far right-hand side, I'm
23    going to be starting this at the 2:19:34
24    second mark.  So let's start by stipulating
25    that -- well, let me ask you this.  Can you
```

Page 53

```
 1              J. Wilson
 2    see a man at the -- in this video?
 3    A.   Yes.  At the bottom of the screen.
 4    I can only see like half his face.
 5    Q.   Yes.  Let's stipulate that that man
 6    is Mr. Mwimanzi.  Okay?
 7    A.   Okay.
 8    Q.   So I'm going to start the video, and
 9    then I'm going to pause it, and I'm going to
10    ask some questions as we go through.  Okay?
11    A.   Okay.
12         (Video played)
13    BY MR. PERLOFF:
14    Q.   I'm going to pause the video there.
15    This is at the 2:19:41 second mark.
16         Officer Wilson, are you in this
17    video?
18    A.   Yes.
19    Q.   Is that your voice?
20    A.   Yes.
21    Q.   Where are your hands at this point?
22    A.   I don't know.
23         MR. PERLOFF:  Okay.  I'm going to
24    resume the video now at the 2:19:41
25    second mark.
```

14 (Pages 50 to 53)

Page 54

J. Wilson

1   (Video played)
2   BY MR. PERLOFF:
3   Q.   I am pausing the video now at the
4   2:19:57 mark.
5        Officer Wilson, where are your hands
6   at this point in the video?
7   A.   I don't know.  I can't see them, but
8   they're probably outside of his -- turn them
9   around -- I can't see my hands, so...
10       MS. FEATHERSTONE:  I'm sorry.  If I
11  could just ask a question, Michael.  You
12  keep saying a smaller number.  I'm seeing
13  20:27 of 1 hour and 30 minutes.  Are you
14  saying another number for your time
15  stamps?
16       MR. PERLOFF:  Yes.  There's two
17  numbers.  There's numbers at the bottom
18  that show the length of the video, and
19  then there's numbers that actually are
20  coming from the body-worn camera records
21  itself on the far right-hand side.
22       Is everyone able to see these far
23  right-hand numbers?
24       MS. FEATHERSTONE:  Yes, I see them

*Note: Lines 1 and 2 header*
1   J. Wilson

Page 55

J. Wilson

1   there.  Okay.  You're using those.
2        MR. PERLOFF:  Okay.
3        MS. FEATHERSTONE:  Okay.  Thanks.
4        MR. PERLOFF:  Okay.  Great.  So I'm
5   going to resume the video now at the
6   2:19:57 second mark.
7        (Video played)
8   BY MR. PERLOFF:
9   Q.   I'm going to pause the video at the
10  2:20:11 second mark.  Officer Wilson, where
11  are your hands -- well, let me ask this.
12       Did you hear what Mr. Mwimanzi just
13  said?
14  A.   I did.
15  Q.   What did he say?
16  A.   "Do you want to fondle me, buddy?"
17  Q.   Where were your hands when he said
18  that?
19  A.   My right hand was probably either on
20  his wrist or on the back of his pants, holding
21  his pants up, and my left-hand was probably
22  going to start my search.
23  Q.   Now, you say they were probably
24  there.  Where are you basing that information

Page 56

J. Wilson

1   off of?
2   A.   My regular search.
3   Q.   Is this video causing you to recall
4   where your hands were specifically at that
5   moment?
6   A.   No.  That's what I do on all my
7   searches.
8   Q.   This is based on your recollections
9   from your general practices?
10  A.   If I'm searching for drugs, yes.
11  Q.   And in this video, can you see where
12  your hands are?
13  A.   I can't.
14  Q.   And do you remember where your hands
15  were when he made the statement in this
16  particular search?
17  A.   When he actually made the statement
18  at that point, I can't tell you exactly where
19  they were, but I was going to start my search.
20  I know that.  At this point, I had just -- I
21  was going to start my search.  So I don't know
22  exactly where my hands were when he said that
23  at that exact time.  I can't see it, so...
24       But, again, I was going to start my

Page 57

J. Wilson

1   search.  So, I mean, like I told you before, I
2   usually start a search in the groin area.
3   Q.   Okay.
4   A.   When I'm searching for drugs.
5        MR. PERLOFF:  Now, I'm going to show
6   you another clip, another segment, and
7   then we'll pause again and discuss it.
8        (Video played)
9        MR. PERLOFF:  So I'm going to pause
10  video here.  This is the 2:20:24 mark.
11  BY MR. PERLOFF:
12  Q.   Officer Wilson, what did
13  Mr. Mwimanzi say in that clip?
14  A.   "You fondled me, buddy."
15  Q.   What did you do after he said that?
16  A.   I told him I'm not playing games
17  with him.
18  Q.   Where did you put your hands next?
19  A.   I went back to searching.
20  Q.   Searching where?
21  A.   At that point, probably -- I think I
22  guess I was still in the groin area.
23  Q.   Why did you go back to the groin
24  area?

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 58

```
 1            J. Wilson
 2      A.   Well, normally, when I -- when
 3 something like that is happening -- again, I
 4 can't tell you exactly what happened because
 5 this is the first I'm seeing it.  And it's not
 6 even -- I couldn't even tell you.  So when I
 7 tell him to spread his feet and I start my
 8 search, if I stop, it's because he is jerking
 9 around and he's trying to evade me from
10 searching.
11      Q.   Do you see him jerking around in the
12 video?
13      A.   No, because you can't see it.  My
14 body camera is up against his, I believe,
15 jacket.
16      Q.   Do you remember whether he was
17 jerking around that day?
18      A.   I don't.
19           MR. PERLOFF:  Okay.  I'm going to
20 resume the video.  If I can move my mouse
21 over.  I'm going to resume the video at
22 the 2:20:24 mark.
23           (Video played)
24 BY MR. PERLOFF:
25      Q.   I'm going to pause the video now at
```

Page 59

```
 1            J. Wilson
 2 the 2:20:30 mark.
 3           Officer Wilson, what did
 4 Mr. Mwimanzi say during that clip?
 5      A.   "Again, damn, are you going to
 6 finger fuck me?"
 7      Q.   When Mr. Mwimanzi was saying
 8 "again," where were your hands?
 9      A.   Probably in the groin area doing my
10 search.
11      Q.   After Mr. Mwimanzi made the
12 statement "again," did you change the way you
13 were searching him?
14      A.   No.
15      Q.   After Mr. Mwimanzi earlier said that
16 you were -- accused you of fondling him, did
17 you change the way you were searching him?
18      A.   I don't think so.
19      Q.   At the end of that clip, what did
20 Mr. Mwimanzi say?
21      A.   "Are you going to finger fuck me?"
22      Q.   Where were your hands at that point?
23      A.   In the groin area.  My left hand was
24 in the groin area?
25      Q.   And after he said that, what did --
```

Page 60

```
 1            J. Wilson
 2 did you change the way you were searching him?
 3      A.   I don't remember.  I don't think so.
 4 As a matter of fact, I think I stopped.
 5           MR. PERLOFF:  Okay.  So I'm just
 6 going to play the final few seconds of
 7 this clip.
 8           (Video played)
 9           MR. PERLOFF:  Okay.  I want to just
10 take a pause here and I'm just going to
11 stop sharing my screen.  I'm going to
12 take a brief break, maybe go off the
13 record, maybe for about five minutes, and
14 just consult with my team briefly, and
15 then we will see what we need to resume.
16 We're just going to go off.
17           MS. FEATHERSTONE:  Okay.  Thank you.
18 Officer Wilson, you can turn off your
19 camera and your microphone during the
20 break and resume back at 12:05.
21           Michael, is that a good time?
22           MR. PERLOFF:  Yes.
23           MS. FEATHERSTONE:  Okay.  Thank you.
24           (Recess:  12:00 p.m. to 12:11 p.m.)
25           MR. PERLOFF:  Okay.  I'd now like to
```

Page 61

```
 1            J. Wilson
 2 show another body-worn camera clip.  This
 3 is going to be Exhibit 2, and it's going
 4 to be from the Bates number 698, which is
 5 Officer Seijo's body-worn camera.
 6           (Wilson Exhibit 2, Camera Video
 7 File, was marked for identification)
 8           MR. PERLOFF:  So let me just share
 9 my screen.
10           MS. FEATHERSTONE:  This also was
11 produced under the protective order but
12 is not affected by the showing of the
13 video during the deposition.
14           MR. PERLOFF:  And just to be on the
15 record, I believe the defendant's
16 position was that as a precautionary
17 measure, we're going to treat at the as
18 if it is under the protective order, but
19 it has not been officially stated to be
20 under the protective order at this point.
21           Is that right?
22           Why don't we go back off the record.
23           (Discussion off the record)
24           MS. FEATHERSTONE:  I'm sorry.  I
25 think my computer froze on me.
```

16 (Pages 58 to 61)

Page 62

J. Wilson

1
2        MR. PERLOFF:  Okay.  We can go back
3   on the record.  We just jumped off.
4        Let me repeat that statement.  My
5   understanding is that at this time, we
6   are going -- the defendants have not made
7   -- taken a formal position as to whether
8   the body-worn camera footage is covered
9   by the protective order, but we're going
10  to proceed as if it is at least for this
11  time being.
12       Is that correct?
13       MS. FEATHERSTONE:  Yes.  But I've
14  had my office check in the meantime.  In
15  the discovery responses, they were
16  produced under the protective order.  So
17  you can just double-check that and make
18  sure that that's your understanding, and
19  then we can formalize it at some later
20  date.
21       MR. PERLOFF:  Okay.  Okay.  Great.
22       MS. FEATHERSTONE:  Okay.  Thanks.
23       MR. PERLOFF:  Okay.  So I'm going to
24  start this video at the 2:19:32 mark.
25       Again, using those numbers at the

Page 63

J. Wilson

1
2   right-hand corner.  And then I'm going to
3   pause it and ask some questions.
4        (Video played)
5   BY MR. PERLOFF:
6   Q.   I'm pausing it now at the 2:19:44
7   portion of the video.
8        Officer Wilson, did you hear your
9   voice in that body-worn camera clip?
10  A.   Yes.
11  Q.   What did you say?
12  A.   "Has he been searched?"
13  Q.   Did you hear an officer respond to
14  that statement?
15  A.   Yes.
16  Q.   What did the officer say?
17  A.   It was hard to tell, but it sounded
18  like he said "a Seijo search."
19  Q.   What did that phrase mean to you?
20  Did it indicate that Mr. Mwimanzi had been
21  searched previously?
22  A.   No.  That's why I didn't -- it was
23  Sutton that said it, so I think I asked again.
24  Q.   So before we continue looking at the
25  footage, I just want to clarify.  The phrase

Page 64

J. Wilson

1
2   "Seijo search," did that in any way suggest to
3   you that Mr. Mwimanzi had been searched
4   incompletely?
5   A.   No.  But Seijo wasn't one of the
6   people that was told to search people on that
7   day.
8   Q.   So if Officer Sutton said that there
9   was a Seijo search --
10  A.   It wouldn't mean anything to me.
11  Q.   Would you have assumed that Officer
12  Seijo did not conduct a search?
13  A.   I don't think I would assume
14  anything.  I would assume, because of what
15  roles we had, it was a pat down.
16       MR. PERLOFF:  Okay.  So I'm going to
17  now resume the footage at the 2:19:44
18  mark.
19       (Video played)
20  BY MR. PERLOFF:
21  Q.   I'm going to pause it at the 2:19:54
22  second mark.
23       Officer Wilson, did you hear Officer
24  Seijo in that clip?
25  A.   Yes.

Page 65

J. Wilson

1
2   Q.   And who was Officer Seijo conversing
3   with?
4   A.   I think Sergeant Cox.
5   Q.   Was he with you at that time?
6   A.   No.
7   Q.   Was there anything in that clip that
8   indicated to you that phrase "Seijo search"
9   suggested that Officer Seijo had --
10       MS. FEATHERSTONE:  I'm sorry.  You
11  broke up.  Object to the form of the
12  question.
13       MR. PERLOFF:  Let me repeat that.
14  BY MR. PERLOFF:
15  Q.   Was there anything in that clip that
16  you just saw that indicated to you that
17  Officer Seijo did not conduct a search?
18  A.   You keep breaking up.
19  Q.   Can you hear me now?
20  A.   Yes.
21  Q.   Okay.  Let me ask the question
22  again.
23       Was there anything in the clip that
24  you saw that indicated to you that Officer
25  Seijo did not conduct a search?

17 (Pages 62 to 65)

Page 66

1         J. Wilson
2     A.   No, not in this clip.
3     Q.   Should I play more?  Are you aware
4  of anything else in that incident that might
5  have clarified the search that Officer Seijo
6  conducted?
7         MS. FEATHERSTONE:  Objection to the
8     form.
9         You can answer.
10    A.   I'm not -- I don't know.  I don't
11  know.  I don't know anything about this clip.
12  This is his video.
13        MR. PERLOFF:  Sure.  Okay.  Let me
14    just play the rest of this clip at least
15    through the portions that depicts the
16    search that you conducted and we'll just
17    see if there's anything --
18        THE WITNESS:  You're breaking up.
19        MS. FEATHERSTONE:  I'm sorry,
20    Michael.  Your voice is breaking off and
21    trailing off.  So I don't even know if
22    the court reporter got that, because I
23    didn't hear what you said at the end.
24        MR. PERLOFF:  Let me repeat that.
25    Can people hear me now?  Okay.  So I'm

Page 67

1         J. Wilson
2     going to now resume the video at 2:19:54
3     mark.
4         (Video played)
5  BY MR. PERLOFF:
6     Q.   Okay.  I'm pausing the video at the
7  2:20:36 mark.
8         Officer Wilson, were you able to see
9  what happened in that clip?
10    A.   A little bit.  It was very -- it
11  kind of skipped around.
12        MR. PERLOFF:  Yes.  If you want me
13    to show it to you again, I can go back
14    and see if we can get a better feed.
15        (Video played)
16        MS. FEATHERSTONE:  If it's any
17    consolation, Michael, I've had this
18    happen to me, too.
19        MR. PERLOFF:  I'm going to stop the
20    screen share while I try to sort out the
21    technological issue here.
22        Okay.  I think we're ready to try
23    this again.  So thank you for your
24    patience.  I'm going to now share my
25    screen again, and I'm going to start at

Page 68

1         J. Wilson
2  the 2:19:42 second mark.  And I'm just
3  going to play through a brief segment of
4  this and then ask some questions.
5         Can everyone see the screen?
6         THE WITNESS:  Yes.
7         MR. PERLOFF:  Kerslyn?
8         MS. FEATHERSTONE:  Yes, I can.
9  Thank you.
10        MR. PERLOFF:  Great.
11        (Video played)
12  BY MR. PERLOFF:
13    Q.   Okay.  I'm going to now stop the
14  video at the 2:20:35 mark and stop my screen
15  share.
16        Officer Wilson, were you able to see
17  the video that time?
18    A.   Yes.
19    Q.   Did you see anything in that video
20  that indicated that Officer Seijo did not
21  search Mr. Mwimanzi on January 15, 2019?
22    A.   No.
23    Q.   Did you see anything in that video
24  that provided additional context for the
25  phrase "Seijo search"?

Page 69

1         J. Wilson
2     A.   No.
3     Q.   Did you see -- did you hear anything
4  in that video that provided additional context
5  for the phrase "Seijo search"?
6     A.   No.
7     Q.   Was there anything in that video at
8  all that provided additional meaning for that
9  term?
10    A.   No.
11    Q.   After having watched that video,
12  what would you infer that term meant, the term
13  "Seijo search"?
14    A.   I don't know.  It was Sutton that
15  said it.  He jokes around a lot.  He probably
16  was just saying that -- I don't know.
17  Honestly, I'm not going to say what another
18  officer was thinking at that time.  But for
19  me, I took it as he hadn't been fully
20  searched.
21    Q.   Was there anything that lead you to
22  that conclusion?
23    A.   No.
24    Q.   Why did you reach that conclusion?
25    A.   Just because, obviously, I searched

18 (Pages 66 to 69)

Page 70

1          J. Wilson
2    him.  So if I would have thought he would have
3    been searched before, I wouldn't have searched
4    him again.
5        Q.   Okay.  Was there anything in the
6    video that you saw that changed -- well, let
7    me rephrase that.
8             Previously, we went and had a
9    detailed conversation about the search
10   you conducted of Mr. Mwimanzi.  Based on
11   having seen that video, do you want to
12   change or amend any of the answers that you
13   gave?
14       A.   No.
15            MS. FEATHERSTONE:  Objection to the
16       form of the question.
17   BY MR. PERLOFF:
18       Q.   Previously, you said that you took a
19   couple of sweeps in the groin area when you
20   conducted a -- generally, when you conducted a
21   search, is that right?
22       A.   Yes.
23       Q.   Do you sweep fast when you do
24   that?
25       A.   No.

Page 71

1          J. Wilson
2        Q.   Say that again.
3        A.   No.
4            MS. FEATHERSTONE:  I didn't hear
5       your question.  I'm sorry.  It broke
6       up.
7    BY MR. PERLOFF:
8        Q.   When you sweep the groin area, do
9    you sweep fast?
10       A.   Do you want me to answer it
11   again?
12       Q.   Yes.
13            MS. FEATHERSTONE:  I didn't hear the
14       question or the answer.  You can do it
15       again.
16       A.   No.  I don't sweep fast.
17   BY MR. PERLOFF:
18       Q.   Previously, we talked about the fact
19   that Mr. Mwimanzi said that you were --
20   actually, strike that.
21            In preparing for this -- in the
22   past, have you talked with anyone about this
23   case?
24       A.   Specifically, no.
25       Q.   Anyone you talked about the search

Page 72

1          J. Wilson
2    of Mr. Mwimanzi?
3        A.   I don't think so.
4        Q.   Any MPD officers who you talked
5    about the search of Mr. Mwimanzi with?
6            MS. FEATHERSTONE:  Objection to the
7       form.
8            You can answer.
9        A.   I don't understand what you're
10   asking me.
11   BY MR. PERLOFF:
12       Q.   Let me try and rephrase the
13   question.
14            Have you spoken with any person
15   about your search of Mr. Mwimanzi?
16       A.   Like specific?  Like specifically?
17       Q.   Yes.
18       A.   I don't think so.  I don't know why
19   I would.
20       Q.   Have you spoken -- when you say
21   specifically, what do you mean by that?
22       A.   Like people know that I'm being sued
23   for a search.  And I've spoken to them about
24   like, yes, I'm being sued for a search I
25   conducted.  But I don't think specifics.  I

Page 73

1          J. Wilson
2    don't think it specifically said what I
3    did.
4        Q.   Who have you spoken with about the
5    lawsuit?
6        A.   My wife.
7        Q.   Anyone else?
8        A.   I mean, I'm trying to get this
9    question the way -- I don't understand why --
10   how you're asking this.  Are you asking like
11   specifics?  Like, I've talked to a lot of
12   people that know that I'm being sued.  I mean,
13   it was in the news.
14       Q.   Yes.  I guess I'm just starting kind
15   of at a general level.  Let's just start at a
16   general level about the fact that you're being
17   sued.  Let's just start there.
18       A.   Okay.  I've talked to a lot of
19   people.  I can't give you specific names.  A
20   lot of people know about it and have asked
21   about it.  I don't get into specifics.
22       Q.   Now, turning to the more particular
23   question, is there anyone you've talked with
24   about the way in which you searched
25   Mr. Mwimanzi?

                    19 (Pages 70 to 73)

Page 74

```
1              J. Wilson
2     A.   I don't think so, except for to say
3 like I searched everyone the same way that
4 night, which I did.  So everybody that I
5 searched, I searched the exact same way.  So
6 I don't understand -- like that's what I --
7 I know I said that that night, too, I think
8 to maybe Hydra.  I don't remember.  But
9 not specifically, no.  I didn't go out of
10 my way to say, hey, I searched this guy this
11 way.
12    Q.   Anyone you've spoken to otherwise
13 about this particular incident?
14    A.   No, I don't think so.
15    Q.   Mr. Mwimanzi, as we said, mentioned
16 that he had been -- said that -- asked you to
17 stop fondling him.
18         Do you know why he said that?
19    A.   I don't remember him saying anything
20 about stop.  He said, "Are you fondling me,
21 buddy?"  And then he said, "Again, again," and
22 then he said, "Oh, are you going to finger
23 fuck me?"  So I don't remember him saying
24 anything about stopping anything.  But at that
25 point, if he did, he was being searched while
```

Page 75

```
1              J. Wilson
2 I was going to continue my search.
3    Q.   Now, the language you just repeated
4 that Mr. Mwimanzi said, do you know -- why do
5 you think he said those things?
6         MS. FEATHERSTONE:  Objection to
7 form.
8         You can answer.
9    A.   Why do I think he said those
10 things?
11 BY MR. PERLOFF:
12    Q.   Do you know why he said those
13 things?
14    A.   I don't know why he said those
15 things.  I can tell you why I think, but I
16 don't know specifically why.
17    Q.   Tell me that.
18    A.   Well, because Lojacono was in the
19 news at the time, and people were trying to
20 get the same thing that was going on with him.
21 Completely different situation.
22         MR. PERLOFF:  Let me just take one
23 more one-minute recess if I could.
24         (Recess:  12:36 p.m. to 12:38 p.m.)
25         MR. PERLOFF:  I have no further
```

Page 76

```
1              J. Wilson
2 questions.
3         MS. FEATHERSTONE:  I have no
4 questions for the witness.  The witness
5 will read.  And we will make the
6 appropriate purchase order request to get
7 a copy of the deposition transcript for
8 that.
9         (Proceedings concluded at
10         12:38 P.M. E.S.T.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 77

```
1
2         ACKNOWLEDGMENT OF DEPONENT
3
4 STATE OF NEW YORK   )
5                     ) ss.:
6 COUNTY OF NEW YORK  )
7
8         I, JOSHUA WILSON, hereby certify,
9 that I have read the transcript of my
10 testimony taken under oath in my
11 deposition of May 4, 2021; that the
12 transcript is a true, complete and
13 correct record of what was asked,
14 answered and said during this deposition,
15 and that the answers on the record as
16 given by me are true and correct.
17
18         _____
19         JOSHUA WILSON
20
21 SUBSCRIBED AND SWORN BEFORE ME
   THIS _____ DAY OF _____ 2021.
22
23 _____
   Notary Public
24 My Commission Expires: _____
25
```

20 (Pages 74 to 77)

Page 78

```
 1
 2          C E R T I F I C A T E
 3   STATE OF NEW YORK )
 4                     ) ss.:
 5   COUNTY OF NEW YORK)
 6          I, Christina Diaz, a Certified
 7   Realtime Captioner, Registered Merit Reporter
 8   and Certified Realtime Reporter and Notary
 9   Public within and for the State of New York,
10   do hereby certify:
11          That JOSHUA WILSON, the witness
12   whose deposition is hereinbefore set forth,
13   was duly sworn by me and that such deposition
14   is a true record of the testimony given by
15   such witness on May 4, 2021.
16          I further certify that I am not
17   related to any of the parties to this action
18   by blood or marriage and that I am in no way
19   interested in the outcome of this matter.
20   Dated:  May 13, 2021
21
22          _____
     CHRISTINA DIAZ
23          NCRA Certified Realtime Captioner
            NCRA Certified Realtime Reporter
24          NCRA Registered Merit Reporter
            NYS Certified Shorthand Reporter
25
```

Page 79

```
 1
 2          E R R A T A   S H E E T
 3   Case Name:     Mbalaminwe Mwimanzi vs.
                    Joshua Wilson, et al.
 4
     Deposition Date:  Tuesday, May 4, 2021
 5   Deponent:     Joshua Wilson
 6   Page/Line  Now Reads  Should Read  Reason
 7   _____
 8   _____
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____    _____
25   Date          Signature
```

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

**A**

abeyance 51:21
able 13:2 15:20,22
  54:23 67:8 68:16
abrasive 47:8
academy 34:3,8,9
  34:17 36:15,19,21
  36:21 37:6
access 15:7,23 16:4
  37:25
accurate 10:2
accused 59:16
acknowledge 6:5,9
acknowledging
  51:13
ACKNOWLED...
  77:2
ACLU 4:3,4,5,6,7
  11:21
action 78:17
actual 15:3 17:15
  17:17,18 19:5
  20:16 27:13,25
  29:3 37:16
add 9:20
additional 68:24
  69:4,8
address 23:13
administered 6:10
affidavit 17:13
  19:3,13
age 13:7
ago 19:11 24:21
  37:15
agree 6:22,24 33:17
agreement 6:17,18
ahead 17:24,25
al 1:7 79:3
alcoholic 12:17
amend 70:12
AMERICAN 3:4
Annamaria 4:4
  51:7
announce 23:17
  24:14
announced 24:7,16
  24:25

answer 5:23 9:9,15
  10:3,8 12:15 13:3
  22:19 24:2 27:21
  27:23 43:2,16
  44:15 45:5,6,13
  45:25 46:6,24
  66:9 71:10,14
  72:8 75:8
answered 77:14
answers 70:12
  77:15
Antonisse 4:6 51:8
anybody's 32:6
apartment 17:23
  18:3,6,12,15,20
  18:21 23:15 25:9
  25:22 26:3 27:6,8
  27:14,17,17 28:7
  39:14,17,20,22,25
  40:2
apply 51:16
appropriate 76:6
area 26:16 29:9,11
  29:13 30:3,10,13
  30:14,19,23,25
  31:16,21,25 33:18
  46:17,23 47:5
  48:4 57:3,23,25
  59:9,23,24 70:19
  71:8
arrangement 6:14
arrest 32:21
arrested 30:6 31:8
  32:20
arrests 13:17 37:7
arrive 23:5
arriving 17:8,11
Arthur 3:12 11:20
asked 16:9 40:15
  40:16 41:5,8
  49:14 63:23 73:20
  74:16 77:13
asking 72:10 73:10
  73:10
aspitzer@acludc....
  3:12
assign 22:13

assigned 22:20
associate's 13:12
assume 64:13,14
assumed 64:11
attached 5:11
attorney 3:15 4:8
  9:8,13,16 11:7,15
  15:9,13 16:18
attorneys 3:5,17
  6:4
audible 45:5
authority 22:6
authorization 22:4
authorizing 21:5
avoid 33:3
aware 46:10 66:3
a.m 2:8 41:20,20

**B**

B 3:12 5:11
back 12:5 13:6
  15:25 22:9,10
  31:11,12,14,15,20
  32:4,6,9,11,13,16
  32:19,23 33:4,7
  33:12,16,17 47:21
  48:2 55:21 57:20
  57:24 60:20 61:22
  62:2 67:13
background 13:6
  14:18 17:16 20:24
backside 29:25
  30:17,25
Baker 16:20
Barrett 4:8 11:11
  11:14,14
based 56:9 70:10
basic 33:21 36:21
basically 14:16
  21:10 28:24 29:9
  30:6 46:25
basing 55:25
Bates 50:12 61:4
bathroom 26:5
  27:10
Bedroom 26:5
believe 18:7,8 19:4

31:4 38:13 58:14
  61:15
believed 18:22 39:7
belt 30:19
Bengals 8:15
better 7:17,19 8:24
  16:20 67:14
biggest 8:6
bit 13:9,22 14:6
  15:9 67:10
blood 78:18
body 21:17,20 29:3
  29:6 30:2 33:18
  35:16 58:14
body-worn 49:24
  50:7,11 51:17
  54:21 61:2,5 62:8
  63:9
bottom 53:3 54:18
bound 51:10
break 9:7,10,11
  41:16 60:12,20
breaking 65:18
  66:18,20
brief 60:12 68:3
briefing 20:20,22
  20:22,23 22:11
briefly 60:14
broke 65:11 71:5
Browns 8:14
buddy 47:16 55:17
  57:15 74:21
bulge 29:2
Burrow 16:21
buttocks 29:13,20
  30:14 33:18 49:18
  49:21
buying 18:21,22

**C**

C 3:2 78:2,2
call 20:25
camera 5:13,14
  49:24 50:7,11,16
  51:17 54:21 58:14
  60:19 61:2,5,6
  62:8 63:9

capacity 12:10
Captioner 2:12
  78:7,23
capture 25:16
car 23:10,12
care 12:23
case 7:19 26:20
  71:23 79:3
cases 20:15
Catsam 4:5 51:8
causing 56:4
CDU 16:11
Certified 2:12,12
  78:6,8,23,23,24
certify 77:8 78:10
  78:16
chairs 26:21,22
chance 7:16 8:23
change 47:19 48:13
  59:12,17 60:2
  70:12
changed 70:6
check 26:17 28:23
  30:8,9 51:19
  62:14
Checking 29:4
checks 14:18
chief 14:9,15
Christina 1:24 2:11
  78:6,22
Circleville 8:6,9
cited 22:4
CIVIL 3:4
clarified 66:5
clarify 22:3 63:25
clear 31:19 50:19
  51:14
clearance 14:11,13
  14:14
clearances 14:15
cleared 26:16
clearly 8:17
Cleveland 8:8
clip 57:7,14 59:4,19
  60:7 61:2 63:9
  64:24 65:7,15,23
  66:2,11,14 67:9

**close** 8:6 23:21,23
    24:9
**clothing** 28:22
    29:19,21 48:17,20
    49:3,6,9,12,18,21
**Columbia** 1:2 3:16
    4:9
**come** 22:9
**coming** 24:11,17
    54:21
**Commission** 77:24
**companies** 14:16
**complete** 9:23
    77:12
**Completely** 75:21
**computer** 16:12
    61:25
**concerns** 44:24
    46:3
**concluded** 76:9
**conclusion** 69:22
    69:24
**conduct** 22:6 30:4
    32:12 33:23 34:4
    34:11,19 36:16,25
    42:17 43:20,22
    44:9 45:17 64:12
    65:17,25
**conducted** 1:16
    2:11 38:11 42:20
    43:5,11 44:25
    45:20 46:4 66:6
    66:16 70:10,20,20
    72:25
**conducting** 29:6,21
    30:5,12 31:12
    32:8,14,24 33:4,7
    35:5 36:15 43:13
    44:5,12,18
**conducts** 42:23
    43:25
**confirm** 11:2,4
**confusion** 9:3
**connection** 11:22
**consent** 6:14
**consolation** 67:17
**consult** 52:2 60:14

**consulted** 14:5,24
    16:16
**contact** 27:9
**contained** 21:16,17
    21:19 32:22 35:16
**contentious** 8:17
**context** 68:24 69:4
**continue** 15:15
    47:22 63:24 75:2
**contractor** 13:25
    14:2
**contractors** 14:6,8
**conversation** 15:13
    70:9
**conversing** 65:2
**copy** 17:9,12,14,18
    20:23 50:6 76:7
**CORCORAN** 3:22
**Cordran** 11:16
**corner** 38:4 52:15
    63:2
**Corps** 13:22,23
**correct** 51:12 62:12
    77:13,16
**couch** 26:16,17,19
    26:19
**counsel** 6:14
**COUNTY** 77:6
    78:5
**couple** 35:4 47:2
    70:19
**course** 9:17 48:23
    49:16 52:4
**courses** 36:14
**court** 1:2 25:15
    66:22
**cover** 37:10
**covered** 36:15
    37:17 62:8
**Cox** 23:18,22 24:6
    24:14,25 65:4
**CRC** 1:9,24
**criminal** 13:12,13
**CRR** 1:24
**CSR** 1:24
**cup** 49:8
**currently** 12:22

**D**

**D** 3:21 5:2
**damn** 59:5
**danger** 31:6
**dark** 23:7,8
**date** 16:6 62:20
    79:4,25
**Dated** 78:20
**day** 21:13 25:8
    38:24 48:14,24
    58:17 64:7 77:21
**DC** 3:7,19
**dealers** 46:20
**decision** 51:21
**declare** 6:11
**deemed** 42:20
    45:20
**defendants** 1:8
    3:17 62:6
**defendant's** 61:15
**degree** 13:12
**Delex** 13:25 14:17
**department** 36:8
**depicts** 66:15
**Deponent** 77:2
    79:5
**deposed** 8:19
**deposition** 1:14
    2:10 6:5,6,8 8:17
    10:20 15:2 16:14
    16:17 51:4,24
    61:13 76:7 77:11
    77:14 78:12,13
    79:4
**describe** 29:5
**describing** 36:5
**DESCRIPTION**
    5:12
**detailed** 70:9
**dialed** 11:22
**Diaz** 1:24 2:11 78:6
    78:22
**difference** 28:18,21
**different** 21:14
    36:12 75:21
**differently** 43:9
**difficult** 12:14

**DIRECTIONS**
    5:23
**discipline** 14:21
**discovery** 62:15
**discuss** 15:12 50:22
    57:8
**discussed** 15:14
**discussion** 9:18
    61:23
**District** 1:2,2 3:16
    4:9 51:18
**Dixie** 4:8 11:14
**doctor's** 12:22
**documents** 9:25
    10:4 14:24 15:3
**doing** 11:23 27:15
    30:19 31:22 34:24
    34:25 59:9
**Domino's** 13:20
**door** 22:20,20
    23:16,18,19,19,23
    23:23 24:6,8,9,12
    24:18,23 25:2
    41:17
**double-check**
    62:17
**downs** 28:16 35:6
    38:11 43:25 44:5
    46:4
**drawn** 17:3
**drink** 12:18
**drug** 19:20,23 20:3
    20:5,6,9 21:19
    35:20,24 39:7,24
    46:20
**drugs** 12:13 18:4
    18:21,22 19:20,23
    20:2,3,5,9 21:18
    23:3 27:5,17
    35:20,23 39:7,9
    39:10,13,16,19,21
    39:23 56:11 57:5
**duly** 78:13
**DWI** 13:14
**DynCorp** 13:24

**E**

**E** 3:2,2 5:2,11 78:2
    78:2 79:2,2,2
**earlier** 9:20 59:15
**educational** 13:10
**effect** 47:14
**effective** 43:12 44:4
    44:6,11,18
**eight** 12:18 37:15
**either** 50:24 55:20
**elapsed** 24:24
**employer** 14:22
**encourage** 9:22
**ended** 40:16
**ensure** 12:10
**entails** 21:3
**enter** 25:9,22
**ESQ** 3:9,10,12,21
    3:22
**et** 1:7 79:3
**evade** 58:9
**everybody** 21:15
    21:20 23:20 35:19
    46:16 74:4
**evidence** 16:2
**Evidence.com**
    15:24
**exact** 23:6 25:5
    47:13 48:8,25
    56:24 74:5
**exactly** 24:20 26:7
    40:24 56:19,23
    58:4
**EXAMINATION**
    5:5 7:7
**examined** 7:5
**execute** 23:16
**executed** 20:11
**executing** 35:6,8
    36:7,18 37:2,3,4
    37:11,20
**execution** 17:5
**exhibit** 5:13,14
    50:6,16 51:13
    61:3,6
**Exhibits** 5:11
**experience** 32:3
    33:10,10 34:13

46:19
**Expires** 77:24
**explain** 9:5
**extensive** 34:15
  35:21
**extent** 51:5
**E.S.T** 2:8 76:10

**F**

**F** 78:2
**face** 53:4
**fact** 30:24 60:4
  71:18 73:16
**facts** 40:5
**fan** 8:14
**far** 8:13 52:14,22
  54:22,23
**farther** 8:10
**fast** 70:23 71:9,16
**Featherstone** 3:21
  6:21,22 10:11,19
  11:16 12:2 15:11
  23:24 25:12 27:19
  42:24 43:14 44:13
  45:4,11,23 46:5
  50:18,25 51:19
  52:6 54:11,25
  55:4 60:17,23
  61:10,24 62:13,22
  65:10 66:7,19
  67:16 68:8 70:15
  71:4,13 72:6 75:6
  76:3
**feed** 67:14
**feel** 9:6 28:25 30:20
  30:21 47:3 48:4
**feet** 40:17,21 58:7
**felt** 47:3
**female** 44:21,23
**field** 34:14,20
  36:23,24 37:2
**File** 5:13,14 50:17
  61:7
**filed** 17:13
**final** 60:6
**Finally** 10:6
**find** 27:5,17

**fine** 9:13 10:9 52:5
**finger** 47:14,19
  59:6,21 74:22
**finish** 9:9,14
**first** 7:21 22:18
  27:8 35:4 40:17
  58:5
**five** 25:5 60:13
**floor** 26:5
**following** 6:2
**follows** 7:5
**fondle** 55:17
**fondled** 57:15
**fondling** 48:7 59:16
  74:17,20
**footage** 50:7,11,13
  51:17 62:8 63:25
  64:17
**form** 23:25 27:20
  27:22 42:25 43:15
  44:14 45:12,24
  65:11 66:8 70:16
  72:7 75:7
**formal** 51:24 62:7
**formalize** 62:19
**forth** 78:12
**found** 28:7,13,25
**free** 9:6
**frisk** 35:11 36:6,25
  37:11
**frisks** 36:16
**froze** 61:25
**fuck** 59:6,21 74:23
**fucking** 47:14,19
**full** 47:10
**fully** 9:5 13:3 69:19
**further** 6:9 75:25
  78:16

**G**

**games** 57:17
**general** 3:15 4:8
  11:15 15:4 21:8,9
  22:3 35:14 36:4
  36:13 51:23 56:10
  73:15,16
**generally** 70:20

**generic** 19:23
**gentleman** 38:3
**give** 9:11 10:2 16:5
  23:6 73:19
**given** 35:10 77:16
  78:14
**giving** 9:4
**go** 7:13,23,25 8:13
  13:5 17:19,24,25
  19:8 32:11 40:8
  41:19 50:21 53:10
  57:24 60:12,16
  61:22 62:2 67:13
  74:9
**goal** 7:14 9:23
**going** 8:16 16:23,25
  17:2 18:20 20:20
  20:21 30:7 31:6
  31:17,23 32:15
  33:11 35:14 41:22
  50:5,14,14 52:13
  52:23 53:8,9,9,14
  53:23 55:6,10,23
  56:20,22,25 57:6
  57:10 58:19,21,25
  59:5,21 60:6,10
  60:11,16 61:3,3
  61:17 62:6,9,23
  63:2 64:16,21
  67:2,19,24,25
  68:3,13 69:17
  74:22 75:2,20
**good** 7:10 8:12
  10:25 60:21
**gotten** 32:5
**government** 13:24
  14:2
**grab** 30:19
**graduated** 13:11
**grasp** 49:5
**great** 10:18 11:18
  11:22 12:9 14:4
  55:5 62:21 68:10
**groin** 29:11 30:10
  30:22 46:17,22
  47:2,5 48:4 57:3
  57:23,24 59:9,23

59:24 70:19 71:8
**guess** 20:25 31:16
  34:12,21 57:23
  73:14
**gun** 33:11
**guns** 33:14 35:18
**guy** 74:10
**guys** 41:15

**H**

**H** 5:11 7:2 79:2
**half** 53:4
**hallway** 26:4 27:11
  27:12 38:3
**hand** 47:2 55:20
  59:23
**handcuffed** 26:24
  27:4
**handcuffs** 26:23
**hands** 49:20 53:21
  54:6,10 55:12,18
  56:5,13,15,23
  57:19 59:8,22
**happen** 16:25 17:2
  67:18
**happened** 9:24
  23:14 26:9 58:4
  67:9
**happening** 58:3
**happens** 26:12
**happy** 9:10
**hard** 47:4 63:17
**hat** 7:22
**head** 40:14
**hear** 24:11,17
  55:13 63:8,13
  64:23 65:19 66:23
  66:25 69:3 71:4
  71:13
**heard** 8:5,9 23:21
  24:20,22 28:15
  33:20 38:17
**hectic** 16:10
**hereinbefore** 78:12
**hey** 74:10
**Hi** 11:5,11,14
**hidden** 29:10

**hide** 46:20
**high** 13:11,20,22
**highlighted** 10:24
**history** 13:10,13,19
**hit** 22:20 23:19
**hold** 51:21,25
**holder** 19:6
**holding** 55:21
**Honestly** 69:17
**hope** 7:17
**hour** 54:14
**hours** 12:18
**Hydra** 74:8

**I**

**identification**
  50:17 61:7
**identified** 51:7
**identity** 46:10
**illness** 12:23
**impressions** 42:22
  43:4,24
**inadequate** 42:20
  45:21
**inappropriate**
  16:23
**incident** 7:15 32:20
  50:8 66:4 74:13
**incidents** 14:21
**include** 52:16
**incompletely** 64:4
**independently**
  16:15
**indicate** 6:17 63:20
**indicated** 65:8,16
  65:24 68:20
**individuals** 18:6,9
  18:16,18,19 19:2
  19:7
**infer** 69:12
**information** 5:19
  5:20 40:4 55:25
**INSERTED** 5:20
**inside** 18:2,3 20:21
  21:11,21 22:22
  23:20 26:8,13,19
  28:13 30:8,10,22

39:6 47:2
**instructed** 15:12
**instruction** 36:5
**instructions** 10:7
12:6,7 22:24
35:11
**intended** 51:16
**interaction** 40:9
**interested** 78:19
**internet** 11:21
**Interruption** 41:14
**introduce** 50:5
**introducing** 7:21
**invasive** 29:4 30:7
32:17
**involved** 17:5
**issue** 67:21
**items** 36:2

**J**

**J** 6:1 7:1,2 8:1 9:1
10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1
**jacket** 58:15
**January** 16:9 17:4
22:7 37:21 38:8

38:14,22 39:5
50:9 68:21
**jerking** 58:8,11,17
**job** 1:25 14:11
**jobs** 14:14,20
**Joe** 16:21
**join** 7:11
**joined** 13:22
**jokes** 69:15
**Joshua** 1:7,14 2:10
5:4 77:8,19 78:11
79:3,5
**judge** 39:10
**jump** 9:6 16:23
22:10
**jumped** 62:3
**jumping** 12:5
**June** 23:4
**justice** 13:12

**K**

**keep** 54:13 65:18
**Ken** 4:3 51:7
**kept** 47:15
**Kerslyn** 3:21 6:21
68:7
**kerslyn.featherst...**
3:21
**Kimball** 4:4 51:7
**kind** 7:21 12:13
19:22 28:25 34:25
35:2 67:11 73:14
**knife** 32:6
**knives** 33:14
**knock** 23:17,21
24:6
**knocked** 23:17,22
24:8 25:2
**know** 9:3 10:3,15
20:8 25:5 28:5
34:14 38:2 46:24
53:22 54:8 56:21
56:22 66:10,11,11
66:21 69:14,16
72:18,22 73:12,20
74:7,18 75:4,12
75:14,16

**knowledge** 28:6

**L**

**L** 7:2
**language** 19:23
75:3
**Larisa** 4:6 51:8
**law** 37:7
**lawsuit** 73:5
**lawyer** 50:12
**lead** 69:21
**leaned** 25:16
**lease** 19:6
**led** 40:6
**left** 59:23
**left-hand** 55:22
**legs** 29:15 30:22
**length** 54:19
**lesson** 37:19
**lessons** 37:7,10
**let's** 14:8 40:8
52:24 53:5 73:15
73:17
**level** 73:15,16
**LIBERTIES** 3:4
**lieu** 6:10
**line** 10:12
**lines** 17:3
**listening** 11:8,17,23
**little** 13:9,21 14:6
15:8 67:10
**living** 26:6,8
**location** 17:8 35:12
35:25 36:17 39:11
**locked** 15:6 16:2
**Lojacono** 75:18
**long** 21:11,16 24:24
**look** 16:13 28:10,11
**looking** 22:2 32:18
33:14 35:18,19,23
35:25 63:24
**lot** 26:21 42:4,7
46:20 48:10 69:15
73:11,18,20

**M**

**making** 7:11 51:23
**man** 53:2,5

**manner** 6:15
**Marietta** 4:5 51:8
**Marine** 13:22,23
**mark** 52:15,24
53:15,25 54:5
55:7,11 57:11
58:22 59:2 62:24
64:18,22 67:3,7
68:2,14
**marked** 50:17 61:7
**marriage** 78:18
**materials** 14:25
**matter** 6:12 60:4
78:19
**Mayfield** 16:20
**Mbalaminwe** 1:4
38:15 79:3
**McDonald's** 13:21
**mean** 26:3 27:3
31:15 35:8 43:7
57:2 63:19 64:10
72:21 73:8,12
**meaning** 20:16
69:8
**meant** 69:12
**measure** 61:17
**medications** 12:13
**meeting** 19:8,16
22:23
**meetings** 21:4
**Megan** 4:7 51:9
**mentioned** 74:15
**Merit** 2:13 78:7,24
**met** 38:15
**Michael** 3:9 6:23
10:13 25:17 50:18
54:12 60:21 66:20
67:17
**Michelman** 3:10
11:5,6
**microphone** 60:19
**Mike** 36:11
**mind** 7:20 8:25
**mine** 47:15
**minutes** 54:14
60:13
**misconduct** 14:21

**missed** 33:12
**moment** 9:12 22:10
41:19 56:6
**morning** 7:10
**motion** 25:13
**mouse** 58:20
**mouth** 25:14,18
40:25
**move** 49:2,11 58:20
**moved** 25:18
**MP** 21:9
**MPD** 14:3 72:4
**mperloff@aclud...**
3:9
**multiple** 15:7 18:3
18:19 26:8 48:24
49:14
**Murrock** 43:19
44:8,11,18,21
45:2,16,20 46:4
**Murrock's** 45:9
**mute** 10:16
**muted** 10:12
**Mwimanzi** 1:4
18:23 19:12,15
38:4,15,23 39:4
40:6,9 41:2,3,25
42:9 46:9,14
47:11,18 48:6,12
53:6 55:13 57:14
59:4,7,11,15,20
63:20 64:3 68:21
70:10 71:19 72:2
72:5,15 73:25
74:15 75:4 79:3
**Mwimanzi's** 48:3
48:16,19 49:2,5,8
49:11,17,21

**N**

**N** 3:2 5:2 7:2
**name** 6:18 11:3
18:25 79:3
**named** 18:17,23
19:3,5,8,12,13,15
**names** 10:21 73:19
**narcotics** 35:20

nature 33:15
NCRA 78:23,23,24
near 26:17 29:24
need 9:7 60:15
never 32:5
New 2:14 77:4,6
  78:3,5,9
news 73:13 75:19
nigh 40:21
night 24:21 74:4,7
normal 49:16
normally 32:2 58:2
Northwest 17:6,12
  22:13 23:5 37:21
  38:8 50:10
Notary 2:14 77:23
  78:8
number 10:13 11:3
  11:6,10,19 17:23
  18:13 50:13 54:13
  54:15 61:4
numbers 10:22,23
  52:14,22 54:18,18
  54:20,24 62:25
NW 3:6,18
NYS 78:24

**O**

O 7:2,2
oath 6:10 77:10
Object 27:19 65:11
objection 23:24
  27:22 42:24 43:14
  44:13 45:11,23
  46:5 66:7 70:15
  72:6 75:6
objections 6:15
objects 47:4
obviously 7:16 8:21
  29:8 30:7 37:17
  69:25
occasion 25:3
occurred 50:9
office 3:15 4:8
  10:23 11:8,15
  16:12 51:6,10
  62:14

officer 7:10 10:17
  12:12 13:5 16:19
  17:4 22:21 26:14
  26:24 35:3 42:4,6
  42:8,13,16,19,23
  43:5,7,8,8,19,21
  44:4,7,8,11,18,20
  44:25 45:9,16,20
  46:4 50:6 52:10
  52:18 53:16 54:6
  55:11 57:13 59:3
  60:18 61:5 63:8
  63:13,16 64:8,11
  64:23,23 65:2,9
  65:17,24 66:5
  67:8 68:16,20
  69:18
officers 22:13 28:5
  28:7 42:7 46:11
  72:4
officially 61:19
Oh 74:22
Ohio 7:22,23,23,25
  8:2,3,4
okay 8:8,16,22
  10:10 11:18,25
  13:19 14:19 15:16
  16:13,19 17:2
  21:12 27:16,24
  33:20,23 36:12
  50:2,5 52:7,13,18
  52:21 53:6,7,10
  53:11,23 55:2,3,4
  55:5 57:4 58:19
  60:5,9,17,23,25
  62:2,21,21,22,23
  64:16 65:21 66:13
  66:25 67:6,22
  68:13 70:5 73:18
old 13:8
one-minute 75:23
on-the-job 34:21
open 23:20
operations 14:9,15
opinion 44:17
opinions 44:3
opportunity 9:5

order 15:4 22:4
  35:15 36:4,13
  50:20 51:11,14,16
  61:11,18,20 62:9
  62:16 76:6
orders 21:8,9
outcome 78:19
outer 28:22 29:19
outset 8:23
outside 54:9
owner 19:5

**P**

P 3:2,2
pad 46:3
PAGE 5:5,12
Page/Line 79:6
pants 30:20 31:21
  55:21,22
paralegal 11:16
paraphernalia
  19:20,23 20:4,5,6
  20:10 21:19 35:20
  35:24 39:8,24
part 37:14,16 51:3
  51:9,24
participating 6:4
particular 25:3,8
  56:17 73:22 74:13
parties 6:13 7:4
  78:17
parts 29:5
pat 26:14 28:16,22
  28:25 29:6,18,22
  29:24,25 31:13,14
  31:16,16,20,22,24
  32:14,16,24 33:4
  33:7,13,24 34:19
  35:6,18 38:7,11
  39:2,3 41:6 43:22
  43:25 44:5 45:17
  45:19 64:15
patience 67:24
patted 38:9,13 41:7
  41:10 46:11
pause 9:8 53:9,14
  55:10 57:8,10

58:25 60:10 63:3
  64:21
pausing 54:4 63:6
  67:6
penalty 6:12
penis 48:19 49:11
people 10:20,21
  18:3 21:6,7,11
  22:21,24 26:7,8
  26:13,21 27:2,14
  27:16 34:23,24
  35:12 36:6,17
  37:11,24 39:8
  42:4 48:24 51:5
  64:6,6 66:25
  72:22 73:12,19,20
  75:19
people's 32:4
percent 8:20 28:3
  42:3
perjury 6:13
Perloff 3:9 5:6 6:23
  6:23 7:8 10:14,25
  11:10,13,18,25
  12:3,4 15:18 24:3
  24:5 25:19,21
  28:4 41:18,21
  43:3,18 44:16
  45:8,15 46:2,8
  50:3,21 51:12
  52:4,7,9 53:13,23
  54:3,17 55:3,5,9
  57:6,10,12 58:19
  58:24 60:5,9,22
  60:25 61:8,14
  62:2,21,23 63:5
  64:16,20 65:13,14
  66:13,24 67:5,12
  67:19 68:7,10,12
  70:17 71:7,17
  72:11 75:11,22,25
Perloff's 11:7
person 6:10 19:4
  21:23,25 26:4
  27:8,9,10 30:12
  31:7,7 32:20
  35:17 72:14

personally 15:23
person's 29:3 30:2
  30:16 31:21 33:18
perspective 8:24
perspectives 7:18
phone 10:12,16,22
  10:23 11:24
phrase 33:21 63:19
  63:25 65:8 68:25
  69:5
phrases 28:15,19
physically 6:6
picture 9:23
pictures 20:2,6
Pizza 13:21
place 17:6,12 21:6
  21:6 22:13 23:5
  37:21 38:8 46:16
  50:10
places 18:10
Plaintiff 1:5 3:5
plans 51:18
play 60:6 66:3,14
  68:3
played 53:12 54:2
  55:8 57:9 58:23
  60:8 63:4 64:19
  67:4,15 68:11
playing 57:17
please 6:17 9:6
  10:3
pocket 32:6,19
  33:12
pockets 29:4,8 30:8
  30:9 31:11,12,14
  31:15,17,21 32:4
  32:9,11,13,16,24
  33:4,7,17,17
point 26:20 27:7
  30:9 31:5 47:25
  53:21 54:7 56:19
  56:21 57:22 59:22
  61:20 74:25
police 23:12
policing 36:22
portion 63:7
portions 66:15

position 61:16 62:7
possible 9:17
PowerPoint 20:25
  21:2
practices 56:10
precautionary
  61:16
preliminaries 7:12
preliminary 10:7
  12:7
premises 17:23
preparation 16:14
  16:17
prepare 14:25
  19:16
preparing 71:21
present 4:2 6:6
  35:12 36:17
pretty 16:10 38:21
  41:8,9
previously 41:4
  46:4,11 63:21
  70:8,18 71:18
Prior 17:8,11 22:12
private 21:12,13,15
probably 16:22
  54:9 55:20,22,24
  57:22 59:9 69:15
proceed 62:10
Proceedings 76:9
produced 61:11
  62:16
PRODUCTION
  5:21
property 32:22
protective 50:20
  51:11,14,16 61:11
  61:18,20 62:9,16
provided 22:5
  50:12 68:24 69:4
  69:8
public 2:14 21:14
  51:24 77:23 78:9
pull 30:20 52:7
pumpkin 8:7,11
purchase 76:6
purpose 49:15

purposely 48:21
purposes 51:4
put 49:20 57:19
p.m 60:24,24 75:24
  75:24 76:10

_____

**Q**

quality 44:25
quarterback 16:21
Quebec 17:6,11,23
  18:12 22:12 23:5
  37:21 38:8 50:10
question 9:2,19
  10:8 11:2 23:25
  24:4 25:20 33:2
  36:10 41:23 46:25
  49:13,14 50:23
  54:12 65:12,21
  70:16 71:5,14
  72:13 73:9,23
questions 7:13 12:6
  12:10,15 13:3
  16:24 53:10 63:3
  68:4 76:2,4
quite 10:19

_____

**R**

R 3:2 78:2 79:2,2
ram 22:19 23:19
reach 69:24
read 6:2 76:5 77:9
  79:6
Reads 79:6
ready 67:22
really 7:14 8:5,23
  14:10 15:10,17
  16:11
Realtime 2:12,13
  78:7,8,23,23
reason 12:25 79:6
recall 20:7 38:20
  56:4
receive 17:9,12
  22:23 36:5
recess 41:20 60:24
  75:23,24
recognized 25:17
recollections 56:9

record 6:19 13:7
  16:21 41:19 45:5
  50:22,24 60:13
  61:15,22,23 62:3
  77:13,15 78:14
records 54:21
Registered 2:13
  78:7,24
regular 23:2 26:3
  48:23 56:3
related 78:17
reliable 45:10
remember 9:18
  10:8 16:8,8 19:11
  20:8 23:7,8 24:13
  24:19 25:4,7 26:7
  27:18,24 28:2
  37:13,14,18 38:5
  40:13,14,20 41:7
  42:4 43:10 47:13
  48:8,22 56:15
  58:16 60:3 74:8
  74:19,23
remotely 1:16 2:11
  6:8 7:3
repeat 41:22 62:4
  65:13 66:24
repeated 75:3
rephrase 24:3 70:7
  72:12
report 27:25 28:10
  28:12
REPORTED 1:23
reporter 2:13 6:3
  25:15 66:22 78:7
  78:8,23,24,24
reporting 6:7,16
request 15:23 76:6
requested 15:7,21
  16:3
REQUESTS 5:19
  5:21
required 14:14
resembling 29:2
reset 52:17
residence 21:12,14
  21:15,21 22:22,25

39:6
respond 63:13
response 9:21
responses 62:15
responsibilities
  22:14,17
responsibility
  22:18
responsive 9:19
rest 66:14
resume 53:24 55:6
  58:20,21 60:15,20
  64:17 67:2
right 12:3 13:8
  16:23 24:10 42:5
  42:6 50:20 55:20
  61:21 70:21
right-hand 52:14
  52:22 54:22,24
  63:2
rim 46:25
RMR 1:24
road 8:13
roles 64:15
room 6:6 26:6,8
  27:12
RULING 5:22

_____

**S**

S 3:2 5:11 7:2,2
  79:2
safety 26:14,24
sat 26:21
saw 65:16,24 70:6
saying 47:9,16
  54:13,15 59:7
  69:16 74:19,23
says 35:15
school 13:11,20,23
scope 21:18
Scott 3:10 4:3 11:6
  51:7
Scout 23:10,12
screen 50:15 52:11
  52:19 53:3 60:11
  61:9 67:20,25
  68:5,14

search 15:3,5 17:6
  17:21 18:11 19:16
  19:19 20:11 21:5
  21:9,16,18,21
  22:12,21,24 23:2
  23:16 26:13,18
  27:8,13 28:13,13
  29:3,3 30:4,5,12
  30:19 31:10,18
  32:8,13,14,17,20
  33:21 34:5,11
  35:11,13,16,21,22
  35:24 36:6,7,18
  36:20,25 37:2,3,4
  37:11,12,13,16,18
  37:19,20,22,24
  38:23 39:4,10,23
  40:6,23 42:19
  43:11,20 44:9
  46:22 47:6,10
  48:23 49:16 50:8
  55:23 56:3,17,20
  56:22 57:2,3 58:8
  59:10 63:18 64:2
  64:6,9,12 65:8,17
  65:25 66:5,16
  68:21,25 69:5,13
  70:9,21 71:25
  72:5,15,23,24
  75:2
searched 21:15
  38:2 40:18 41:4,9
  41:12,25 42:10,11
  42:12 46:9,11,14
  47:7 48:3 63:12
  63:21 64:3 69:20
  69:25 70:3,3
  73:24 74:3,5,5,10
  74:25
searches 22:6
  28:16 34:15 35:6
  36:16 37:8,17
  42:17,23 43:5,13
  44:12,19,22,25
  45:10 56:8
searching 18:6,8
  22:21 26:18 30:17

32:10 35:15 39:12
41:2 47:5,20,22
48:14 56:11 57:5
57:20,21 58:10
59:13,17 60:2
**second** 52:15,24
53:15,25 55:7,11
64:22 68:2
**seconds** 25:6 60:6
**secured** 23:20
26:13,22,23 27:3
38:12
**security** 14:17
26:25
**see** 7:22 10:21 15:5
15:8,8,16,17,20
15:22 25:25 27:25
34:23,24 39:13,16
39:19,21,24 41:16
43:9 47:3,3 52:10
52:18 53:2,4 54:8
54:10,23,25 56:12
56:24 58:11,13
60:15 66:17 67:8
67:14 68:5,16,19
68:23 69:3
**seeing** 43:10 54:13
58:5
**seen** 20:14 21:5
38:6,19 40:11,21
42:16,19 43:19,21
44:8 45:16,19
47:12 70:11
**segment** 57:7 68:3
**Seijo** 42:6,8,13,15
42:16,20,23 43:5
43:7,8,21 44:4
63:18 64:2,5,9,12
64:24 65:2,8,9,17
65:25 66:5 68:20
68:25 69:5,13
**Seijo's** 61:5
**seize** 39:10
**seizures** 37:8,17
**selling** 18:4,21,22
39:9,16
**Sergeant** 23:18,22

24:6,14,25 65:4
**set** 50:3 78:12
**share** 50:15 61:8
67:20,24 68:15
**sharing** 60:11
**shoes** 30:10,10
**Shorthand** 78:24
**show** 8:7,12 49:23
50:13 54:19 57:6
61:2 67:13
**showing** 61:12
**shown** 51:4,23
**sick** 12:20
**side** 7:15 8:24
24:12,17,23 52:22
54:22
**Signature** 79:25
**signed** 39:9 51:13
**Similarly** 9:12
**sit** 47:21 48:2,2
**sitting** 40:14
**situation** 75:21
**skipped** 67:11
**smaller** 54:13
**smichelman@acl...**
3:11
**socks** 29:17,19 30:9
**somebody** 30:6
44:22
**someone's** 21:20
29:21 30:8,8 32:9
33:11
**soon** 38:11
**sorry** 15:11 17:24
19:5 25:12 41:13
41:15 54:11 61:24
65:10 66:19 71:5
**sort** 14:7 67:20
**sound** 25:14,18
52:17
**sounded** 63:17
**sounds** 8:12
**south** 8:10
**specific** 16:6 18:16
18:18 19:2,4
21:22,23 35:10
72:16 73:19

**specifically** 17:22
18:8 20:3,9 21:7
28:12 33:5 37:5
37:18 38:2,5 40:2
40:12,19,23 56:5
71:24 72:16,21
73:2 74:9 75:16
**specifics** 41:8 72:25
73:11,21
**specify** 18:10
**Spitzer** 3:12 11:20
11:21
**spoke** 15:9
**spoken** 72:14,20,23
73:4 74:12
**spread** 40:17,20
58:7
**ss** 77:5 78:4
**stamps** 54:16
**stand** 40:15,16
**standing** 40:16
**start** 7:12,21 14:8
40:8 46:15,16,18
52:13,24 53:8
55:23 56:20,22,25
57:3 58:7 62:24
67:25 73:15,17
**started** 39:12
**starting** 52:23
73:14
**state** 2:14 7:22,24
7:25 11:3 13:7
45:6 77:4 78:3,9
**stated** 18:2 61:19
**statement** 47:19,23
47:25 56:16,18
59:12 62:4 63:14
**statements** 48:11
48:12
**states** 1:2 21:8,10
21:11
**stating** 6:18
**station** 31:9
**STEPHANIE** 3:22
**stephanie.corcor...**
3:23
**stipulate** 53:5

**stipulated** 7:4
**stipulating** 52:24
**stipulation** 6:2
**stop** 8:11 51:22
58:8 60:11 67:19
68:13,14 74:17,20
**stopped** 60:4
**stopping** 74:24
**stored** 29:10 31:23
32:2,4,19
**story** 8:25
**street** 3:6,18 34:23
**strike** 43:20 71:20
**strip** 31:9
**stuff** 14:18
**subject** 21:20
**SUBSCRIBED**
77:20
**sued** 72:22,24
73:12,17
**suggest** 64:2
**suggested** 65:9
**supplement** 9:20
**support** 17:13
**suppose** 16:22
**sure** 8:21 9:4 25:15
28:3 38:21 41:8,9
41:18,18,18 42:3
42:8 62:18 66:13
**Sutton** 42:5 63:23
64:8 69:14
**sweep** 70:23 71:8,9
71:16
**sweeps** 70:19
**swipes** 47:2
**sworn** 7:3 77:20
78:13

---

**T**

**T** 5:11 78:2,2 79:2
79:2
**take** 9:11 41:16
60:10,12 75:22
**taken** 27:10 62:7
77:10
**talk** 7:16 9:12,15
14:6,10 33:16

49:25 50:23
**talked** 71:18,22,25
72:4 73:11,18,23
**target** 21:24,25
**tasked** 27:7,13
**teach** 36:20
**team** 51:20 52:2
60:14
**technological** 67:21
**tell** 9:8 24:20 28:12
40:12,19,24 56:19
58:4,6,7 63:17
75:15,17
**telling** 40:20
**ten** 25:6
**term** 69:9,12,12
**terms** 10:6 51:10
**testicles** 48:17 49:3
49:6,8
**testified** 7:5
**testify** 12:11
**testimony** 6:12
77:10 78:14
**thank** 12:2,3 25:24
52:6 60:17,23
67:23 68:9
**Thanks** 7:11 11:9
55:4 62:22
**thing** 26:12 30:18
33:10 34:13 35:9
75:20
**things** 20:2 33:14
34:13 43:9 46:21
47:9 48:10 75:5
75:10,13,15
**think** 8:20 12:25
19:10,24 24:13,19
24:22 25:16 28:3
33:9 37:15 38:9
38:16,18,20 41:5
41:5 42:5,21 45:4
47:7,10,24,25
48:18 49:4,7
52:16 57:22 59:18
60:3,4 61:25
63:23 64:13 65:4
67:22 72:3,18,25

73:2 74:2,7,14
75:5,9,15
**thinking** 69:18
**thought** 70:2
**three** 38:4
**Tickets** 13:16,17
**tight** 30:21
**time** 7:11 9:11 16:3
21:22 23:4,7,22
24:24 25:5 28:8
40:11 54:15 56:24
60:21 62:5,11
65:5 68:17 69:18
75:19
**times** 15:7 35:4
49:14
**today** 7:11 8:17
12:11,20 28:9
51:23
**told** 15:19 23:18
47:21,25 57:2,17
64:6
**totally** 10:9
**touch** 29:6,11,18
29:20,23,24 30:11
30:16,24 31:12,20
32:9,23 33:7
48:16,19 49:17
**touching** 33:3
**town** 8:6
**trailing** 66:21
**trained** 33:3,6,23
34:2,4,7,10,18
35:5
**training** 32:23
34:14,14,15,20,21
35:2,3 36:24
**transcript** 5:11
51:3,25 76:7 77:9
77:12
**treat** 61:17
**true** 47:9 77:12,16
78:14
**truthfully** 13:3
**try** 10:4 36:12
67:20,22 72:12
**trying** 58:9 73:8

75:19
**Tuesday** 1:15 79:4
**turn** 54:9 60:18
**turning** 73:22
**two** 19:11 24:21
28:19 40:22 54:17
**type** 14:13,17

**U**

**U** 7:2
**understand** 7:15
7:18,19 8:24 9:2
12:14 36:10 72:9
73:9 74:6
**understanding**
22:5 51:2 62:5,18
**UNION** 3:4
**UNITED** 1:2
**unlock** 15:25
**users** 46:20
**usually** 21:8 25:4,6
26:15 32:7 44:21
44:22 57:3

**V**

**v** 1:6
**vehicle** 23:12
**verbally** 6:11
**video** 5:13,14 15:6
15:16,20 16:4
38:2,6 40:12,21
47:12 48:9 49:24
50:16,19 52:8,14
53:2,8,12,14,17
53:24 54:2,4,7,19
55:6,8,10 56:4,12
57:9,11 58:12,20
58:21,23,25 60:8
61:6,13 62:24
63:4,7 64:19
66:12 67:2,4,6,15
68:11,14,17,19,23
69:4,7,11 70:6,11
**videos** 14:25 16:14
51:15
**visible** 32:7
**voice** 53:19 63:9
66:20

**vs** 79:3

**W**

**W** 7:2
**waist** 30:11
**waistband** 29:8
30:3,13 31:24,25
**wait** 25:4,6
**waive** 6:15
**walked** 25:25 26:4
26:9,10
**wallets** 32:21
**want** 7:12,20 8:12
9:4,12,20 12:9
22:10 25:15 40:15
40:18 42:7 55:17
60:9 63:25 67:12
70:11 71:10
**warrant** 15:4 17:6
17:9,13,15,16,17
17:18,20 18:5,10
18:17,19,24 19:9
19:18 20:7,20,21
20:23 21:2,5,17
21:18,23 23:16
26:13,19 28:14
35:7,9,13,22 36:7
36:18,20 37:2,3,4
37:12,13,16,19,19
37:20 38:24 39:9
40:5,7
**warrants** 15:5
19:22,24 20:12,14
20:16,17 21:10,24
40:23
**Washington** 3:7,19
**wasn't** 21:24 27:7
27:11,13 64:5
**watch** 35:3
**watched** 48:9 69:11
**way** 15:22 34:18
36:12 47:20 48:13
48:25 50:24 59:12
59:17 60:2 64:2
73:9,24 74:3,5,10
74:11 78:18
**weapon** 28:24 29:2

29:9 31:5,23,25
32:2,5,16
**weapons** 26:15,17
28:23 32:4,17
33:13
**went** 17:15 23:15
23:19 47:10 57:20
70:8
**weren't** 15:19 47:9
**we'll** 7:13 9:8 10:3
57:8 66:16
**we're** 9:10 22:2
26:18 60:16 61:17
62:9 67:22
**wife** 73:6
**Wilson** 1:7,14 2:10
5:4,12 6:1 7:1,10
8:1,18 9:1 10:1,18
11:1 12:1,12 13:1
13:5 14:1 15:1
16:1,19 17:1,4
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1,8 44:1
45:1 46:1 47:1
48:1 49:1 50:1,16
51:1 52:1,10,18
53:1,16 54:1,6
55:1,11 56:1 57:1
57:13 58:1 59:1,3
60:1,18 61:1,6
62:1 63:1,8 64:1
64:23 65:1 66:1
67:1,8 68:1,16
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:8,19
78:11 79:3,5
**Wilson's** 50:7
**witness** 5:3 6:11
15:12 41:15 45:7

66:18 68:6 76:4,4
78:11,15
**words** 40:24 47:13
47:15 48:9
**work** 13:19 14:7,17
**worked** 13:20,21
13:24,25 42:13
**workup** 17:15
**wouldn't** 29:18,23
29:23,25 32:10
42:12 64:10 70:3
**wrist** 55:21
**written** 15:4
**wrong** 43:10

**X**

**x** 1:3,10 5:2,11

**Y**

**Yan** 4:7 51:9
**year** 16:10
**years** 13:8 19:11
24:21 37:15 40:22
**York** 2:15 77:4,6
78:3,5,9

**1**

**1** 5:13 50:6,16
54:14
**1st** 38:14
**10:42** 2:8
**100** 8:20 28:3 42:3
**11:38** 41:20
**11:39** 41:20
**12:00** 60:24
**12:05** 60:20
**12:11** 60:24
**12:36** 75:24
**12:38** 75:24 76:10
**13** 78:20
**15** 23:4 68:21
**15th** 3:6 17:4 22:7
37:21 38:8,22
39:5 50:9

**2**

**2** 5:14 17:23 18:13
61:3,6

**2:19:32** 62:24
**2:19:34** 52:23
**2:19:35** 52:15
**2:19:41** 53:15,24
**2:19:42** 68:2
**2:19:44** 63:6 64:17
**2:19:54** 64:21 67:2
**2:19:57** 54:5 55:7
**2:20:11** 55:11
**2:20:24** 57:11
58:22
**2:20:30** 59:2
**2:20:35** 68:14
**2:20:36** 67:7
**20-cv-00079** 1:9
**20:27** 54:14
**20001** 3:19
**20005** 3:7
**2006** 13:14
**2013** 14:3
**2019** 17:5 22:7 23:4
37:22 38:14,22
39:5 50:9 68:21
**202** 11:10
**202.457.0800** 3:8
**202.727.3400** 3:20
**2021** 1:15 2:7 16:7
16:9 77:11,21
78:15,20 79:4
**2145** 1:25

**3**
**30** 54:14
**301** 11:19
**37** 13:8

**4**
**4** 1:15 2:7 77:11
78:15 79:4
**400** 3:18

**5**
**50** 5:13

**6**
**6th** 3:18
**61** 5:14
**617** 11:3,6

**695** 50:13
**698** 61:4

**7**
**7** 5:6
**702.03** 21:9
**769** 17:6,11,23
18:12 22:12 23:5
37:21 38:7 50:9

**9**
**915** 3:6
**9753** 11:11