**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MBALAMINWE MWIMANZI,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA WILSON, *et al*.,<br><br>Defendants. | 20-cv-00079 (CRC) |

**DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF THE CURRENT BRIEFING SCHEDULE**

Defendants District of Columbia (the District) and Officer Joshua Wilson, with the consent of Plaintiff Mbalaminwe Mwimanzi, move this Court, under Fed. Rs. Civ. P. 6(b) and 16(b)(4), for a short extension of the current briefing schedule. Additional time is needed to more thoroughly flush out the arguments raised by Mwimananzi in his motion for leave to amend, the law pertaining to the relief sought, and the arguments needed to be raised by Defendants in their motion for summary judgment. This brief delay will not unduly affect the calendar as no trial date has been set and no party will suffer undue prejudice.

A memorandum of points and authorities and a proposed order are attached for the Court's consideration.

Dated: July 29, 2021

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ *Patricia A. Oxendine*
PATRICIA A. OXENDINE
D.C. Bar No. 428132
Chief, Civil Litigation Division, Section I

/s/ Kerslyn D. Featherstone
KERSLYN D. FEATHERSTONE
D.C. Bar No. 478758
Senior Assistant Attorney General
STEPHANIE M. CORCORAN
D.C. Bar No. 1510874
Assistant Attorney General
400 6th Street, NW
Washington, D.C. 20001
(202) 724-6600; (202) 615-3910 (direct)
(202) 741-8924; (202) 741-0595 (fax)
kerslyn.featherstone@dc.gov
stephanie.corcoran@dc.gov

*Counsel for Defendants District of Columbia and Officer Joshua Wilson*

**LCvR 7.1(m) CERTIFICATION**

On July 29, 2021, Mwimanzi's counsel consented to the relief requested in this motion.

/s/ Kerslyn D. Featherstone
KERSLYN D. FEATHERSTONE
Senior Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MBALAMINWE MWIMANZI,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA WILSON, *et al.*,<br><br>Defendants. | 20-cv-00079 (CRC) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' CONSENT MOTION TO EXTEND THE CURRENT BRIEFING SCHEDULE

The District of Columbia (the District) and Officer Joshua Wilson submit this memorandum of points and authorities in support of their Consent Motion to extend the current briefing schedule.

## INTRODUCTION

As presented by Plaintiff Mbalaminwe Mwimanzi and given existing law, the issues now before the Court may be issues of first impression. Given the arguments raised by counsel and the existing law, Defendants need additional time to fully flush out the issues, to discuss the law relied on by Mwimanzi, and other existing law. A short extension of the current briefing schedule will allow Defendants to present more thoroughly analyzed briefs for the Court's consideration.

## FACTS

This case arises from the claims raised by Mwimanzi that, while a guest at a friend's home, he was unreasonably searched and assaulted by Officer Wilson. *See* Compl. [1].

Mwimanzi has sued Officer Wilson under 42 U.S.C. § 1983 (Count I) and both Officer Wilson and the District for battery (Count II). *Id*.

Discovery is closed. *See* March 9, 2021 Minute Order;. On June 21, 2021, the parties proposed a briefing schedule for dispositive motions and Mwimanzi's motion to amend the complaint. *See* Jt. Status Rpt. [23]. On July 1, 2021, Mwimanzi moved to amend the complaint. *See* Mot. to Amend [24]. Defendants' response to the motion and their motion for summary judgment are due by July 29, 2021. *See* June 21, 2021 Minute Order. Defendants now seek a short extension of the briefing schedule.

**LEGAL STANDARD**

Fed. R. Civ. P. 6(b)(1) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires…." Under Fed. R. Civ. P. 16(b)(4), "[a] schedule may be modified only for good cause and with the judge's consent."

**ARGUMENT**

This motion is filed prior to the expiration of the July 29, 2021 prescribed period for Defendants' response to Mwimanzi's motion for leave to amend, their summary judgment motion, and other briefing deadlines. And otherwise meets the requirements of Rules 6(b)(1) and 16(b)(4). The Court should grant this motion because good cause exists for the requested relief. Specifically, given the arguments raised by Mwimanzi, the law on which he relies, current existing law and the possibility that this may be a case of first impression, and undersigned's busy discovery and deposition calendar in early July and travel out of the country,

additional time is needed to present more thoroughly analyzed briefs for the Court's consideration.

This modification is not sought for purposes of delay. No party will be unduly prejudiced, nor will the Court's calendar be unduly burdened should this motion be granted. Indeed, the parties agree about the relief sought in this motion. Accordingly, Defendants ask that the following deadlines govern the remainder of this litigation:

| | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendants' opposition to the motion for leave to amend, and Defendants' motion for summary judgment | July 29, 2021 | August 6, 2021 |
| Plaintiff's reply in support of his motion to amend, his opposition to Defendants' motion for summary judgment, and his contingent motion for summary judgment on his proposed new claim | August 30, 2021 | September 10, 2021 |
| Defendants' reply in support of their motion for summary judgment, and their opposition to Plaintiffs' contingent motion for summary judgment | September 13, 2021 | September 24, 2021 |
| Plaintiff's reply in support of his contingent motion for summary judgment | September 27, 2021 | October 8, 2021 |

## CONCLUSION

For these reasons, the Court should grant this motion.

Dated: July 29, 2021

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ *Patricia A. Oxendine*
PATRICIA A. OXENDINE
D.C. Bar No. 428132
Chief, Civil Litigation Division, Section I

/s/ Kerslyn D. Featherstone
KERSLYN D. FEATHERSTONE
D.C. Bar No. 478758
Senior Assistant Attorney General
STEPHANIE M. CORCORAN
D.C. Bar No. 1510874
Assistant Attorney General
400 6th Street, NW
Washington, D.C. 20001
(202) 724-6600; (202) 615-3910 (direct)
(202) 741-8924; (202) 741-0595 (fax)
kerslyn.featherstone@dc.gov
stephanie.corcoran@dc.gov

*Counsel for Defendants District of Columbia and Officer Joshua Wilson*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MBALAMINWE MWIMANZI,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA WILSON, *et al.*,<br><br>Defendants. | 20-cv-00079 (CRC) |

**ORDER**

Upon consideration of Defendants District of Columbia and Office Joshua Wilson's Consent Motion to extend the current briefing schedule, the supporting memorandum of points and authorities, and the record herein, it is on this _____ day of ________________, 2021,

**ORDERED**: that the Motion is **GRANTED** for the reasons raised in the motion, and it is,

**FURTHER ORDERED:** that the following briefing schedule will govern the remainder of this litigation:

| | Current Deadline | New Deadline |
|---|---|---|
| Defendants' opposition to the motion for leave to amend, and Defendants' motion for summary judgment | July 29, 2021 | August 6, 2021 |
| Plaintiff's reply in support of his motion to amend, his opposition to Defendants' motion for summary judgment, and his contingent motion for summary judgment on his proposed new claim | August 30, 2021 | September 10, 2021 |
| Defendants' reply in support of their motion for summary | September 13, 2021 | September 24, 2021 |

| | | |
|---|---|---|
| judgment, and their opposition to Plaintiffs' contingent motion for summary judgment | | |
| Plaintiff's reply in support of his contingent motion for summary judgment | September 27, 2021 | October 8, 2021 |

________________________________
JUDGE CHRISTOPHER R. COOPER
U.S. District Court for the District of Columbia