UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MBALAMINWE MWIMANZI,

                           Plaintiff,

    v.                                                                                              No. 20-cv-00079 (CRC)

JOSHUA WILSON, et al.,

                           Defendants.

**[Proposed] ORDER**

Upon consideration of Plaintiff's Contingent Motion for Partial Summary Judgment, Defendant's Motion for Summary Judgment, all briefing filed in support or opposition to these motions, and the entire record in this matter, it is hereby

ORDERED that Defendants' Motion for Summary Judgment is DENIED; and it is further

ORDERED that Plaintiff's Contingent Motion for Partial Summary Judgment is GRANTED; and it is further

ORDERED that, because D.C. Code § 23-524(g) and MPD General Order 702.03 § VII(F)(8)(f) violate the Fourth Amendment to the extent they permit officers to search people based solely on their presence in a residence when officers are executing a warrant to search the residence, and because Plaintiff Mwimanzi was searched by an officer of the District of Columbia pursuant to these unconstitutional authorities, Defendant District of Columbia is liable to Plaintiff Mwimanzi under the United States Constitution for Defendant Wilson's initiation of his search of Plaintiff Mwimanzi on January 15, 2019, with damages to be determined through further proceedings.

Date: _____

                                                                                   _____
                                                                                   Christopher R. Cooper
                                                                                   United States District Judge