# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MBALAMINWE MWIMANZI**, <br><br> Plaintiff, <br><br> v. <br><br> **JOSHUA WILSON,** *et al.*, <br><br> Defendants. | Case No. 20-cv-79 (CRC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [24] Plaintiffs' Motion for Leave to File an Amended Complaint is GRANTED.

**ORDERED** that [27] Defendants' Motion for Summary Judgment is GRANTED in part and DENIED in part.

**ORDERED** that [32] Plaintiff's Contingent Motion for Partial Summary Judgment is GRANTED. It is further

**ORDERED** that the parties shall file a joint status report with a proposed schedule for further proceedings by March 22, 2022.

**SO ORDERED**.

CHRISTOPHER R. COOPER<br>
United States District Judge

Date: March 8, 2022