## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MBALAMINWE MWIMANZI,

*Plaintiff*,

v.

JOSHUA WILSON, *et al.*,

*Defendants*.

20-cv-00079 (CRC)

## JOINT STATUS REPORT

The parties submit this joint status report in accordance with the Court's March 28, 2022 Order requiring the parties to propose a schedule for any further proceedings by May 24, 2022. *See* 3/28/2022 Order.  Plaintiff Mbalaminwe Mwimanzi has made a settlement demand; Defendants have reviewed that offer and settlement negotiations are proceeding—however, the parties need additional time to explore settlement and for the District to obtain settlement authority.  The parties recommend that the stay be extended for another 45 days, i.e. until July 7, 2022.

May 24, 2022                                 Respectfully submitted,


/s/ *Michael Perloff*
Michael Perloff (D.C. Bar No. 1601047)
Tara Patel (D.C. Bar No. 1616930)
Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation
    of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 457-0800
mperloff@acludc.org
Counsel for Plaintiff

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ Patricia A. Oxendine
PATRICIA A. OXENDINE
D.C. Bar No. 428132
Chief, Civil Litigation Division, Section I

/s/ Stephanie M. Corcoran
KERSLYN D. FEATHERSTONE
D.C. Bar No. 478758
Senior Assistant Attorney General
STEPHANIE M. CORCORAN
D.C. Bar No. 1510874
Assistant Attorney General
Office of the Attorney General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
(202) 724-6600; (202) 615-3910 (direct)
(202) 759-0825; (202) 741-0595 (fax)
kerslyn.featherstone@dc.gov;
stephanie.corcoran@dc.gov

*Counsel for Defendants District of Columbia and Officer Joshua Wilson*